## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EILEEN A. McNAMARA, as Administrator of the : <br>
of the ESTATE OF JOHNATHAN GLEAVES, JR. : <br>
: <br>
           v.                       :          NO. 20-CV-4570 <br>
: <br>
CITY OF PHILADELPHIA; CORIZON HEALTH, : <br>
GERALD SLORY, ELIZABETH BRADLEY,     : <br>
LALITHA TRIVIKRAM, MATU GAYE, and     : <br>
JOHN DOE(S)                            :

## ENTRY OF APPEARANCE

**TO THE COURT CLERK:**

Kindly enter the appearance of Thomas J. Gregory, Esquire, of O'Connor Kimball LLP, on behalf of Defendants, Corizon Health, Inc. (incorrectly identified as "Corizon Health"), Elizabeth Bradley, M.D., Lalitha Trivikram, M.D., and Matu Gaye, RN, in the above-captioned matter.

Respectfully submitted,

**O'CONNOR KIMBALL LLP**

By: _____

Thomas J. Gregory, Esquire <br>
Attorney I.D. No. 38104 <br>
Two Penn Center Plaza, Suite 1100 <br>
1500 John F. Kennedy Boulevard <br>
Philadelphia, PA 19102 <br>
(215) 564-0400      Facsimile: (215) 564-1973 <br>
Email: tgregory@okllp.com <br>
Our File No. 210-1713 <br>
*Attorney for Defendants, Corizon Health, Inc.* <br>
*Elizabeth Bradley, M.D., Lalitha Trivikram, M.D.,* <br>
*and Matu Gaye, RN*

Dated: 10/26/20

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EILEEN A. McNAMARA, as Administrator of the :
of the ESTATE OF JOHNATHAN GLEAVES, JR. :
                       v.              :
CITY OF PHILADELPHIA; CORIZON HEALTH, :     NO. 20-CV-4570
GERALD SLORY, ELIZABETH BRADLEY,    :
LALITHA TRIVIKRAM, MATU GAYE, and    :
JOHN DOE(S)                        :

## CERTIFICATE OF SERVICE

I, Thomas J. Gregory, Esquire, hereby certify that I caused a true and correct copy of the forgoing Entry of Appearance to be electronically filed on this 26th day of October, 2020, and thereby served via the Court's ECF Electronic Filing System upon the following:

Jonathan H. Feinberg, Esquire
Kairys Rudovsky Messing & Feinberg, LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
jfeinberg@krlawphila.com
*Attorney for Plaintiff*

Anne B. Taylor, Esquire
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
anne.taylor@phila.gov
*Attorney for Defendants, City of Philadelphia
and Correction Officer Gerald Slory*

**O'CONNOR KIMBALL LLP**

By: _____
Thomas J. Gregory, Esquire
Attorney I.D. No. 38104
Two Penn Center Plaza, Suite 1100
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(215) 564-0400     Facsimile: (215) 564-1973
Email: tgregory@okllp.com
Our File No. 210-1713
*Attorney for Defendants, Corizon Health, Inc.
Elizabeth Bradley, M.D., Lalitha Trivikram, M.D.,
and Matu Gaye, RN*