## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EILEEN A. McNAMARA, as Administrator of the :
of the ESTATE OF JOHNATHAN GLEAVES, JR. :
                                          :
                                          :
                    v.                    :          NO. 20-CV-4570
                                          :
                                          :
CITY OF PHILADELPHIA; CORIZON HEALTH, :
GERALD SLORY, ELIZABETH BRADLEY,          :
LALITHA TRIVIKRAM, MATU GAYE, and         :
JOHN DOE(S)                               :

## NOTICE OF DEFENDANT, CORIZON HEALTH, INC.
### PURSUANT TO FED. R. CIV. P. 7.1

___X___     The nongovernmental corporate party, Corizon Health, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

_____     The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock.

Respectfully submitted,

**O'CONNOR KIMBALL LLP**

By: _____
     Thomas J. Gregory, Esquire
     Attorney I.D. No. 38104
     Two Penn Center Plaza, Suite 1100
     1500 John F. Kennedy Boulevard
     Philadelphia, PA 19102
     (215) 564-0400     Facsimile: (215) 564-1973
     Email: tgregory@okllp.com
     Our File No. 210-1713
     *Attorney for Defendants, Corizon Health, Inc.*
     *Elizabeth Bradley, M.D., Lalitha Trivikram, M.D.,*
     *and Matu Gaye, RN*

Dated: 10/26/20

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EILEEN A. McNAMARA, as Administrator of the :
of the ESTATE OF JOHNATHAN GLEAVES, JR. :
                          v.                          :
CITY OF PHILADELPHIA; CORIZON HEALTH, :        NO. 20-CV-4570
GERALD SLORY, ELIZABETH BRADLEY,       :
LALITHA TRIVIKRAM, MATU GAYE, and      :
JOHN DOE(S)                            :

## CERTIFICATE OF SERVICE

I, Thomas J. Gregory, Esquire, hereby certify that I caused a true and correct copy of the forgoing Notice Pursuant to Fed.R.C.P. 7.1 to be electronically filed on this _26th_ day of _October_, 2020, and thereby served via the Court's ECF Electronic Filing System upon the following:

Jonathan H. Feinberg, Esquire
Kairys Rudovsky Messing & Feinberg, LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
jfeinberg@krlawphila.com
*Attorney for Plaintiff*

Anne B. Taylor, Esquire
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
anne.taylor@phila.gov
*Attorney for Defendants, City of Philadelphia
and Correction Officer Gerald Slory*

O'CONNOR KIMBALL LLP

By: _____
Thomas J. Gregory, Esquire
Attorney I.D. No. 38104
Two Penn Center Plaza, Suite 1100
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(215) 564-0400      Facsimile: (215) 564-1973
Email: tgregory@okllp.com
Our File No. 210-1713
*Attorney for Defendants, Corizon Health, Inc.
Elizabeth Bradley, M.D., Lalitha Trivikram, M.D.,
and Matu Gaye, RN*