## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **EILEEN McNAMARA, as** | : | |
| **Administrator of the Estate of** | : | **CIVIL ACTION** |
| **JONATHAN GLEAVES, JR., deceased** | : | **No. 20-4570** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| | : | |
| **Defendants** | : | |
| | : | |

### DEFENDANTS THE CITY OF PHILADELPHIA AND
### CORRECTIONAL OFFICER GERALD SLORY'S
### ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Answering Defendants City of Philadelphia and Correctional Officer Gerald Slory, by and through the undersigned counsel, hereby file this Answer with Affirmative Defenses and aver as follows:

### PRELIMINARY STATEMENT

1. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

### JURISDICTION

2. The allegations of this paragraph constitute conclusions of law regarding the Court's jurisdiction over the subject matter of the case, and, therefore, require no response.

### PARTIES

3. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

4. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

5. It is admitted that the City of Philadelphia is a municipality. The other allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

6. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, it is admitted that Corizon Health, Inc. is a private corporation organized under the laws of Delaware, with its headquarters in Brentwood, Tennessee, and that Corizon Health, Inc. is contracted to provide medical services at the Philadelphia Department of Prisons.

7. Admitted.

8. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

9. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief

as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

10. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

11. The allegations of this paragraph are not directed to Answering Defendants and/or constitute conclusions of law, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph regarding unnamed defendants.  All allegations are therefore denied.

12. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

13. The allegations of this paragraph are not directed to Answering Defendants and/or constitute conclusions of law, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph regarding unnamed defendants.  All allegations are therefore denied.

14. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

## FACTUAL ALLEGATIONS

15. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

16. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

17. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

18. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

19. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

20. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

21. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response. To the extent a response is required, after reasonable investigation,

Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

22. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

23. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

24. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

25. Admitted.

26. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

27. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

28. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

29. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

30. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

31. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

32. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

33. Admitted.

34. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief

as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

35. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

36. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

37. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

38. Denied as stated. It is admitted that Defendant Slory was assigned to work on B1P3 on the 11 p.m. to 7 a.m. shift from September 20 to September 21, 2018.

39. The allegations of this paragraph are not directed to Answering Defendants, and/or constitute Plaintiff's statement of the case, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are

without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

40. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

41. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

42. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

43. Admitted.

44. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

45. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

46. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

47. The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

48. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

49. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

50. The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering

Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

51. The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

52. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

53. The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

54. The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

55. The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

56. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

57. The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

58. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

59. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

60. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

61. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

62. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

63. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

64. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

**WRONGFUL DEATH AND SURVIVAL ACTIONS**

65. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

66. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information

sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

67. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

68. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph regarding Plaintiff's purported damages. All allegations are therefore denied.

69. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph regarding Plaintiff's purported damages. All allegations are therefore denied.

70. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph regarding Plaintiff's purported damages. All allegations are therefore denied.

71. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information

sufficient to form a belief as to the truth of the averments contained in this paragraph regarding Plaintiff's decedent. All allegations are therefore denied.

72. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph regarding Plaintiff's decedent. All allegations are therefore denied.

73. The allegations in this paragraph constitute conclusions of law or Plaintiff's claim for relief, and, therefore, require no response. To the extent that a response is required, denied.

## CLAIMS FOR RELIEF

### COUNT I
**Plaintiff v. Defendants Slory, Bradly, Trivikram, Gay, and Doe(s)**
**Federal Constitutional Claims**

74. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

### COUNT II
**Plaintiff v. Defendants City of Philadelphia and Corizon Health**
**Federal Constitutional Claims**

75. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

### COUNT III
**Plaintiff v. Defendants Bradley, Trivikram, Galy, Doe(s) and and Corizon Health**
**State Law Negligence Claims**

14

76. The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response.  To the extent a response is required, denied.

77. The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response.  To the extent a response is required, denied.

78. The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response.  To the extent a response is required, denied.

79. The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response.  To the extent a response is required, denied.

80. The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response.  To the extent a response is required, denied.


**WHEREFORE**, Answering Defendants deny that they are liable to Plaintiff, either jointly or severally, and demand judgment in their favor, together with reasonable attorney's fees and the costs of defending this action.

**JURY DEMAND AND AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff has failed to state a claim against the Answering Defendants upon which relief can be granted.

15

## SECOND AFFIRMATIVE DEFENSE

Answering Defendants assert all of the defenses, immunities, and limitations of damages available to them under the "Political Subdivision Tort Claims Act" and aver that Plaintiff's remedies are limited exclusively thereto. Act of Oct. 5, 1980, No. 142, P.L. 693, 42 Pa. C.S.A. §8541 et seq.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of qualified immunity because, at all times material hereto, the Answering Defendants were carrying out their duties in a proper and lawful manner and in the exercise of good faith.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent that she has failed to take reasonable measures to mitigate any or all damages.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, insofar as Answering Defendants purported actions or omissions were not the proximate cause of any alleged injury, loss, or damage incurred by the Plaintiff.

## SIXTH AFFIRMATIVE DEFENSE

At all times material to this civil action, Answering Defendants acted in a reasonable, proper, and lawful manner.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations.

16

## EIGHTH AFFIRMATIVE DEFENSE

To the extent Plaintiff is bringing state law claims, law enforcement privilege shields the Answering Defendants from liability on Plaintiff's state law claims. *See* 18 Pa. Cons. Stat. § 508(a)(1).

## NINTH AFFIRMATIVE DEFENSE

Answering Defendants assert all of the defenses, immunities, and limitations of damages available to them under the Prisoner Litigation Reform Act (PLRA) and aver that Plaintiff's remedies are limited exclusively thereto. 42 U.S.C. § 1997e.

## JURY DEMAND

Answering Defendants demand a jury trial in this action.

**WHEREFORE**, Answering Defendants deny that they are liable to Plaintiff, either jointly or severally, and demand judgment in their favor, together with reasonable attorney's fees and the costs of defending this action.

Date:  November 30, 2020

Respectfully submitted,

  /s/ *Anne B. Taylor*
Anne B. Taylor
Chief Deputy City Solicitor
Pa. Attorney ID No. 206057
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5381 (phone)
215-683-5397 (fax)
anne.taylor@phila.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EILEEN McNAMARA, as** | : | |
| **Administrator of the Estate of** | : | **CIVIL ACTION** |
| **JONATHAN GLEAVES, JR., deceased** | : | **No. 20-4570** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| | : | |
| **Defendants** | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date below, of Answer with Affirmative Defenses of

Defendants the City of Philadelphia and Correctional Officer Gerald Slory was filed via the

Court's electronic filing system and is available for viewing and downloading.

Date:  November 30, 2020                              Respectfully submitted,

                                                     /s/ *Anne B. Taylor*
                                                     Anne B. Taylor
                                                     Chief Deputy City Solicitor
                                                     Pa. Attorney ID No. 206057
                                                     City of Philadelphia Law Department
                                                     1515 Arch Street, 14th Floor
                                                     Philadelphia, PA 19102
                                                     215-683-5381 (phone)
                                                     215-683-5397 (fax)
                                                     anne.taylor@phila.gov