**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EILEEN A. MCNAMARA, as Administrator of the ESTATE OF JONATHAN GLEAVES, JR.,** | : : : : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 2:20-cv-04570-RBS** |
| | : | |
| **CITY OF PHILADELPHIA; CORIZON HEALTH; GERALD SLORY; ELIZABETH BRADLEY; LALITHA TRIVIKRAM; MATU GAYE; JOHN DOE(S),** | : : : : : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2021, upon

consideration of the parties' Second Joint Motion to Extend Discovery Deadlines, **IT IS**

**ORDERED** that the Motion is **GRANTED**, and all deadlines set forth in the Court's Amended

Scheduling Order of June 1, 2021 (Doc. 19), shall be extended by 90 days.

**BY THE COURT:**

_____
**R. BARCLAY SURRICK, J.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **EILEEN A. MCNAMARA, as Administrator of the ESTATE OF JONATHAN GLEAVES, JR.,** | : : : : | |
| **Plaintiff,** | : : | |
| **v.** | : : | **No. 2:20-cv-04570-RBS** |
| **CITY OF PHILADELPHIA; CORIZON HEALTH; GERALD SLORY; ELIZABETH BRADLEY; LALITHA TRIVIKRAM; MATU GAYE; JOHN DOE(S),** | : : : : : : | |
| **Defendants.** | : : : | |

## SECOND JOINT MOTION TO EXTEND DISCOVERY DEADLINES

The parties, through the undersigned counsel, jointly move the Court to extend discovery deadlines in this matter, and, in support thereof, assert as follows:

1. The Court entered a Scheduling Order on December 15, 2020, directing that fact and expert discovery should be completed by July 30, 2021. Following the parties' joint motion, the Court entered an Amended Scheduling Order on June 1, 2021, directing that fact and expert discovery should be completed by October 29, 2021.

2. Consistent with that Order, plaintiff is required to serve expert reports on or before September 1, 2021.

3. The parties do not anticipate completing discovery by October 29, 2021. Nor will plaintiff be prepared to serve expert reports by September 1, 2021.

4. This wrongful death and survival civil rights matter concerns the decedent's death while incarcerated in the Philadelphia Department of Prisons. As a result of the death,

voluminous investigative materials were prepared.  There are numerous witnesses with relevant information.

5. To date, the parties have completed one deposition of a correctional officer who discovered the decedent unresponsive in his cell.  The parties have experienced difficulties in scheduling additional depositions with other officers due to pandemic related issues in the Philadelphia Department of Prisons and the fact that one of the critical witnesses left employment with the City of Philadelphia.

6. The parties anticipate completing another round of depositions of key witnesses during the last week of September 2021.

7. Counsel have worked diligently and in good faith to move the case forward expeditiously.  In spite of those efforts, due to the volume of material involved and various pandemic related office closures, counsel will require additional time to complete discovery.

8. Counsel believe that a 90-day extension of all deadlines would allow the parties to near completion of the remaining discovery and, therefore, respectfully request that the Court revise the Scheduling Order accordingly.

9. Alternatively, the parties suggest that the Court schedule a December 2021 status conference to address the parties' progress in discovery.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court grant the Motion.

2

Respectfully submitted,

/s/ Jonathan H. Feinberg
Jonathan H. Feinberg
KAIRYS, RUDOVSKY, MESSING
  FEINBERG & LIN LLP
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
215-925-4400
jfeinberg@krlawphila.com

*Counsel for Plaintiff*

/s/ Anne B. Taylor
Anne B. Taylor
Chief Deputy City Solicitor
CITY OF PHILADELPHIA LAW DEPARTMENT
1515 Arch Street, 14th Floor
Philadelphia, PA 19102-1595
215-683-5381
anne.taylor@phila.gov

*Counsel for Defendant City of Philadelphia and Slory*

/s/ Thomas J. Gregory
Thomas J. Gregory
O'CONNOR KIMBALL LLP
Two Penn Center, Suite 1100
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
215-564-0400
tgregory@okllp.com

*Counsel for Defendants Corizon Health, Inc., Bradley, Trivikram, and Gaye*