IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EILEEN A. MCNAMARA, as Administrator of the ESTATE OF JONATHAN GLEAVES, JR., | : : : : | |
| Plaintiff, | : : | |
| v. | : : | No. 2:20-cv-04570-RBS |
| CITY OF PHILADELPHIA; CORIZON HEALTH; GERALD SLORY; ELIZABETH BRADLEY; LALITHA TRIVIKRAM; MATU GAYE; JOHN DOE(S), | : : : : : : | |
| Defendants. | : : : | |

## ORDER

**AND NOW**, this _____ day of _____, 2021, upon

consideration of the parties' Fourth Joint Motion to Extend Discovery Deadlines, **IT IS**

**ORDERED** that the Motion is **GRANTED**, and all deadlines set forth in the Court's Third

Amended Scheduling Order of December 2, 2021 (Doc. 23), shall be extended by 60 days.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EILEEN A. MCNAMARA, as
Administrator of the ESTATE OF
JONATHAN GLEAVES, JR.,

        Plaintiff,

        v.

CITY OF PHILADELPHIA; CORIZON
HEALTH; GERALD SLORY;
ELIZABETH BRADLEY; LALITHA
TRIVIKRAM; MATU GAYE; JOHN
DOE(S),

        Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 2:20-cv-04570-RBS

## FOURTH JOINT MOTION TO EXTEND DISCOVERY DEADLINES

The parties, through the undersigned counsel, jointly move the Court to extend discovery deadlines in this matter, and, in support thereof, assert as follows:

1.     The Court's current Scheduling Order, issued on December 2, 2021, is the Third Amended version of previously issued Orders.

2.     Under that Order, fact and expert discovery is to be completed no later than April 29, 2022.  Additionally, plaintiff is required to serve expert reports on or before March 1, 2022.

3.     The parties do not anticipate completing discovery by April 29, 2022.  Nor will plaintiff be prepared to serve expert reports by March 1, 2022.

4.     This wrongful death and survival civil rights matter concerns the decedent's death while incarcerated in the Philadelphia Department of Prisons.  As a result of the death, voluminous investigative materials were prepared.  There are numerous witnesses with relevant information.

5. To date, the parties have completed three depositions of correctional officers who discovered the decedent unresponsive in his cell. The parties have also completed a lengthy deposition of the main defendant officer.

6. Since December 2021, plaintiff has endeavored to schedule depositions of the medical defendants employed by defendant Corizon. Due to staffing issues for medical professionals in the Philadelphia Department of Prisons, counsel have had difficulty identifying dates for depositions that do not unduly interfere with the prisons' operational concerns.

7. Depositions of those medical professionals have now been noticed for the week of March 7, 2022.

8. Counsel have worked diligently and in good faith to move the case forward expeditiously. In spite of those efforts, as outlined above, due to the volume of material involved and various pandemic related office closures, counsel will require additional time to complete discovery.

9. Counsel believe that a 60-day extension of all deadlines would allow the parties to complete the remaining discovery and, therefore, respectfully request that the Court revise the Scheduling Order accordingly.

10. Alternatively, the parties suggest that the Court schedule a April 2022 status conference to address the parties' progress in discovery.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court grant the Motion.

Respectfully submitted,

/s/ Jonathan H. Feinberg
Jonathan H. Feinberg
KAIRYS, RUDOVSKY, MESSING
  FEINBERG & LIN LLP
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
215-925-4400
jfeinberg@krlawphila.com

*Counsel for Plaintiff*

/s/ Anne B. Taylor
Anne B. Taylor
Chief Deputy City Solicitor
CITY OF PHILADELPHIA LAW DEPARTMENT
1515 Arch Street, 14th Floor
Philadelphia, PA 19102-1595
215-683-5381
anne.taylor@phila.gov

*Counsel for Defendant City of Philadelphia and Slory*

/s/ Thomas J. Gregory
Thomas J. Gregory
O'CONNOR KIMBALL LLP
Two Penn Center, Suite 1100
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
215-564-0400
tgregory@okllp.com

*Counsel for Defendants Corizon Health, Inc., Bradley, Trivikram, and Gaye*