IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MCNAMARA                              :
                                      :        CIVIL ACTION
        v.                            :
                                      :        NO. 20-4570
CITY OF PHILADELPHIA, ET AL.          :

## O R D E R

**AND NOW**, this 8th day of April 2022, upon consideration of the letters that Plaintiff

and Defendant Corizon Health have submitted to Chambers via email regarding a discovery

dispute, it is **ORDERED** that, within twenty-one (21) days of the date of this Order, Plaintiff and

Defendant Corizon Health shall submit briefs on the outstanding discovery dispute regarding the

mortality review report prepared by Corizon.  Plaintiff and Corizon are directed to address the

definition of patient safety work product in the Patient Safety Quality Improvement Act, 42

U.S.C. § 299b-21(7)(A)(i)(I), and, specifically, whether the document(s) in question were

assembled *for the purpose of reporting to a patient safety organization*.  Plaintiff and Corizon

should also address any external requirements, such as national accreditation standards or

Philadelphia Prison Systems' policy, that require Corizon to prepare the document(s) at issue in

this discovery dispute.

        **IT IS SO ORDERED.**

                                              BY THE COURT:


                                              */s/ R. Barclay Surrick*
                                              **R. BARCLAY SURRICK, J.**