**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EILEEN A. McNAMARA, as Administrator of the : 
of the ESTATE OF JOHNATHAN GLEAVES, JR. : 
                 v.                : 
CITY OF PHILADELPHIA; CORIZON HEALTH, :     NO. 20-CV-4570
GERALD SLORY, ELIZABETH BRADLEY, : 
LALITHA TRIVIKRAM, MATU GAYE, and   : 
JOHN DOE(S)                        : 

**CERTIFICATE OF SERVICE**

      I, Thomas J. Gregory, Esquire, hereby certify that I caused a true and correct copy of the forgoing Memorandum of Law in Opposition to Plaintiff's Motion to Compel Production of Mortality Review to be electronically filed on this 28th day of April, 2022, and thereby served via the Court's ECF Electronic Filing System upon the following:

Jonathan H. Feinberg, Esquire          Anne B. Taylor, Esquire
Kairys Rudovsky Messing & Feinberg, LLP   City of Philadelphia Law Department
The Cast Iron Building              1515 Arch Street, 14th Floor
718 Arch Street, Suite 501 South       Philadelphia, PA 19102
Philadelphia, PA 19106             anne.taylor@phila.gov
jfeinberg@krlawphila.com           *Attorney for Defendants, City of Philadelphia*
*Attorney for Plaintiff*              *and Correction Officer Gerald Slory*

            **O'CONNOR KIMBALL LLP**

      By:    /s/ *Thomas J. Gregory*
             Thomas J. Gregory, Esquire
             Attorney I.D. No. 38104
             Two Penn Center Plaza, Suite 1100
             1500 John F. Kennedy Boulevard
             Philadelphia, PA 19102
             (215) 564-0400     Facsimile: (215) 564-1973
             Email: tgregory@okllp.com
             Our File No. 210-1713
             *Attorney for Defendants, Corizon Health, Inc.*
             *Elizabeth Bradley, M.D., Lalitha Trivikram, M.D.,*
             *and Matu Gaye, RN*