**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EILEEN A. MCNAMARA, as** | : |
| **Administrator of the ESTATE OF** | : |
| **JONATHAN GLEAVES, JR.,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : No. 2:20-cv-04570-RBS |
| | : |
| **CITY OF PHILADELPHIA; CORIZON** | : |
| **HEALTH; GERALD SLORY;** | : |
| **ELIZABETH BRADLEY; LALITHA** | : |
| **TRIVIKRAM; MATU GAYE; JOHN** | : |
| **DOE(S),** | : |
| | : |
| **Defendants.** | : |
| | : |

## ORDER

**AND NOW**, this _____ day of _____, 2021, upon

consideration of the Fifth Motion to Extend Discovery Deadlines, **IT IS ORDERED** that the

Motion is **GRANTED**, and all deadlines set forth in the Court's Fourth Amended Scheduling

Order of April 8, 2022 (Doc. 26), shall be extended by 90 days.

                      **BY THE COURT:**

                      _____

                      **R. BARCLAY SURRICK, J.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EILEEN A. MCNAMARA, as
Administrator of the ESTATE OF
JONATHAN GLEAVES, JR.,

        Plaintiff,

        v.

CITY OF PHILADELPHIA; CORIZON
HEALTH; GERALD SLORY;
ELIZABETH BRADLEY; LALITHA
TRIVIKRAM; MATU GAYE; JOHN
DOE(S),

        Defendants.

No. 2:20-cv-04570-RBS

## <u>FIFTH MOTION TO EXTEND DISCOVERY DEADLINES</u>

Plaintiff, through the undersigned counsel, and with the consent of counsel for the defendants moves the Court to extend discovery deadlines in this matter, and, in support thereof, assert as follows:

1. The Court's current Scheduling Order, issued on April 8, 2022, is the Fourth Amended version of previously issued Orders.

2. Under that Order, fact and expert discovery is to be completed no later than June 28, 2022. Additionally, plaintiff is required to serve expert reports on or before April 30, 2022.

3. For at least two reasons, plaintiff will not be prepared to serve expert reports by April 30, 2022. First, in a deposition conducted on April 27, 2022, defendant Nurse Matu Gaye provided testimony which necessitates depositions of at least two additional witnesses, including Ms. Gaye's immediate supervisor and a Rule 30(b)(6) corporate designee for defendant Corizon Health. Second, the parties require a ruling from the Court on an outstanding discovery dispute

regarding the production of materials connected to a mortality review conducted following the death of plaintiff's decedent, Jonathan Gleaves, Jr.

4. The referenced deposition testimony and mortality review documents are expected to form a critical component of any expert evaluation, and the parties would benefit from the availability of this information before producing expert reports.

5. Counsel believe that a 60-day extension of all deadlines would allow the parties to conduct this additional discovery. Alternatively, to the extent the Court is not able to address the parties' discovery dispute within that timeframe, plaintiff request an extension of a reasonable period of time following the Court's ruling on that matter.

6. In the further alternative, plaintiff suggests that upon its resolution of the discovery dispute the Court schedule a status conference to address further scheduling.

7. Counsel for defendants do not oppose this request.

WHEREFORE, for the foregoing reasons, plaintiffs respectfully requests that the Court grant the Motion.

Respectfully submitted,

/s/ Jonathan H. Feinberg
Jonathan H. Feinberg
KAIRYS, RUDOVSKY, MESSING
  FEINBERG & LIN LLP
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
215-925-4400
jfeinberg@krlawphila.com

*Counsel for Plaintiff*