## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EILEEN A. MCNAMARA, as Administrator of the ESTATE OF JONATHAN GLEAVES, JR.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | **No. 2:20-cv-04570-RBS** |
| : | |
| **CITY OF PHILADELPHIA; CORIZON HEALTH; GERALD SLORY; ELIZABETH BRADLEY; LALITHA TRIVIKRAM; MATU GAYE; JOHN DOE(S),** : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

**AND NOW**, this _____3rd_____ day of _____May_____, 2021, upon

consideration of the Fifth Motion to Extend Discovery Deadlines, **IT IS ORDERED** that the

Motion is **GRANTED**, and all deadlines set forth in the Court's Fourth Amended Scheduling

Order of April 8, 2022 (Doc. 26), shall be extended by 90 days.

**BY THE COURT:**


s/ R. Barclay Surrick

_____

**R. BARCLAY SURRICK, J.**