IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EILEEN McNAMARA, as Administrator of the Estate of JONATHAN GLEAVES, JR., deceased** : : : : | CIVIL ACTION No. 20-4570 |
| **Plaintiff,** : : | |
| v. : : | |
| **CITY OF PHILADELPHIA, et al.,** : : | |
| **Defendants** : : | |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

    Kindly enter the appearance of Katelyn Mays as counsel for Defendants City of Philadelphia and Correctional Officer Gerald Slory in the above-entitled matter.


Date: June 14, 2022                                /s/ *Katelyn Mays*
                                                                         Katelyn Mays

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EILEEN McNAMARA, as Administrator of the Estate of JONATHAN GLEAVES, JR., deceased | : <br> : <br> :  CIVIL ACTION <br> :  No. 20-4570 |
| Plaintiff, | : |
| v. | : |
| CITY OF PHILADELPHIA, et al., | : |
| Defendants | : |

### CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing Entry of Appearance was filed via the Court's electronic filing system and is available for downloading.

Dated: June 14, 2022     /s/ *Katelyn Mays*
Katelyn Mays
Assistant City Solicitor
Attorney Identification No. 324246
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5434
(215) 683-5397 (fax)
Katelyn.mays@phila.gov