IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EILEEN MCNAMARA, as                    :
Administrator of the ESTATE OF         :
JONATHAN GLEAVES, JR.                  :
                                       :        CIVIL ACTION
           v.                          :
                                       :        NO. 20-4570
CITY OF PHILADELPHIA, ET AL.           :

# O R D E R

**AND NOW**, this 30th day of June 2022, upon consideration of Plaintiff Eileen

McNamara's Memorandum of Law in Support of Request to Produce Mortality Review

Documents (ECF No. 28), Defendants Corizon Health, Inc.'s, Elizabeth Bradley, MD's, Lalitha

Trivikram, MD's, and Matu Gaye, RN's Memorandum of Law in Opposition to Plaintiff's

Motion to Compel Production of Mortality Review (ECF No. 27), and all documents submitted

in support thereof and in opposition thereto, it is **ORDERED** that Plaintiff's Request is

**GRANTED**.  Within fourteen (14) days of the date of this Order, the above-listed Defendants

shall produce all documents prepared in connection with the mortality review related to the death

of Plaintiff's decedent, Jonathan Gleaves, Jr.

**IT IS SO ORDERED.**

BY THE COURT:


_/s/ R. Barclay Surrick_
**R. BARCLAY SURRICK, J.**