| | | |
|---|---|---|
| **EILEEN A. MCNAMARA, as** | : | |
| **Administrator of the ESTATE OF** | : | |
| **JONATHAN GLEAVES, JR.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 2:20-cv-04570-RBS** |
| | : | |
| **CITY OF PHILADELPHIA; CORIZON** | : | |
| **HEALTH; GERALD SLORY;** | : | |
| **ELIZABETH BRADLEY; LALITHA** | : | |
| **TRIVIKRAM; MATU GAYE; JOHN** | : | |
| **DOE(S),** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## <u>ORDER</u>

**AND NOW**, this _____ day of _____, 2022, upon

consideration of the Sixth Motion to Extend Discovery Deadlines, **IT IS ORDERED** that the

Motion is **GRANTED**, and the following deadlines shall apply:

      a.  Plaintiff's disclosure of expert reports: October 28, 2022

      b.  Defendants' disclosure of expert reports: November 30, 2022

      c.  Completion of expert depositions: December 29, 2022

      d.  Motions for summary judgment: January 31, 2023

      e.  Responses to motions for summary judgment: February 28, 2023

      f.  Pretrial filings, pretrial conference, and trial to be scheduled pending the
Court's availability

                               **BY THE COURT:**

                               **_____**

                               **R. BARCLAY SURRICK, J.**

EILEEN A. MCNAMARA, as
Administrator of the ESTATE OF
JONATHAN GLEAVES, JR.,

            Plaintiff,

            v.

CITY OF PHILADELPHIA; CORIZON
HEALTH; GERALD SLORY;
ELIZABETH BRADLEY; LALITHA
TRIVIKRAM; MATU GAYE; JOHN
DOE(S),

            Defendants.

No. 2:20-cv-04570-RBS

## SIXTH MOTION TO EXTEND DISCOVERY DEADLINES

Plaintiff, through the undersigned counsel, and with the consent of counsel for the

defendants, moves the Court to extend discovery deadlines in this matter, and, in support thereof,

asserts as follows:

1. The Court's current Scheduling Order, issued on May 3, 2022, is the Fifth

Amended version of previously issued Orders.

2. Under that Order, fact and expert discovery is to be completed no later than

September 26, 2022.

3. To date, plaintiff has conducted the depositions of all four individual defendants

and an additional four fact witnesses.

4. Additionally, the parties have briefed for the Court an issue concerning defendant

Corizon's assertion of certain privileges regarding plaintiff's request for materials related to a

mortality review concerning the decedent's death. The Court resolved that issue by Order dated June 30, 2022.

5.     In view of the above, plaintiff has effectively completed all discovery related to liability issues.

6.     Before proceeding to expert discovery, the parties have agreed to engage in preliminary negotiations aimed at resolution of the case. The parties believe that they will be able to complete those discussions by September 30, 2022 – after the deadline for fact and expert discovery in the current Scheduling Order.

7.     Accordingly, the parties respectfully request that the Court enter a revised Scheduling Order that allows for the parties to prepare and serve expert reports after the completion of preliminary negotiations.

8.     The parties believe that the following timeline will allow for the parties to explore resolution of the case without unduly delaying the litigation:

    a.  Plaintiff's disclosure of expert reports: October 28, 2022

    b.  Defendants' disclosure of expert reports: November 30, 2022

    c.  Completion of expert depositions: December 29, 2022

    d.  Motions for summary judgment: January 31, 2023

    e.  Responses to motions for summary judgment: February 28, 2023

    f.  Pretrial filings, pretrial conference, and trial to be scheduled pending the Court's availability

9.     In the alternative, the parties request that the Court schedule a status conference to address further scheduling.

WHEREFORE, for the foregoing reasons, plaintiff respectfully requests that the Court grant the Motion and enter the foregoing proposed Order.

Respectfully submitted,


/s/ Jonathan H. Feinberg
Jonathan H. Feinberg
KAIRYS, RUDOVSKY, MESSING
  FEINBERG & LIN LLP
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
215-925-4400
jfeinberg@krlawphila.com

*Counsel for Plaintiff*