**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **EILEEN McNAMARA, as** | : | |
| **Administrator of the Estate of** | : | **CIVIL ACTION** |
| **JONATHAN GLEAVES, JR., deceased,** | : | **No. 20-4570** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| | : | |
| **Defendants** | : | |
| | : | |

**DEFENDANTS' UNOPPOSED MOTION TO FILE UNDER SEAL**

Defendants City of Philadelphia and Corrections Officer Gerald Slory (collectively, "City Defendants"), by and through their attorney, move this Court to allow City Defendants to file certain exhibits containing medical records of Plaintiff as well as the Department of Prison's policies and procedures regarding inmates under seal contemporaneously with Defendants' Motion for Summary Judgment. The grounds for this Motion are more fully set forth in the accompanying Memorandum of Law, which City Defendants hereby incorporate.


Date:  January 31, 2023                              Respectfully submitted,

                                                    /s/ *Katelyn Mays*
                                                    Katelyn Mays
                                                    Assistant City Solicitor
                                                    Pa. Attorney ID No. 324246
                                                    City of Philadelphia Law Department
                                                    1515 Arch Street, 14th Floor
                                                    Philadelphia, PA 19102
                                                    215-683-5434
                                                    katelyn.mays@phila.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EILEEN McNAMARA, as** | : | |
| **Administrator of the Estate of** | : | **CIVIL ACTION** |
| **JONATHAN GLEAVES, JR., deceased,** | : | **No. 20-4570** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| | : | |
| **Defendants** | : | |
| | : | |

**ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of the

Motion to File Under Seal of Defendants City of Philadelphia and Corrections Officer Gerald

Slory, is it **HEREBY ORDERED** that the Motion to File Under Seal is **GRANTED** to preserve

the confidentiality of sensitive medical information of Plaintiff and the policies and procedures of

the Philadelphia Department of Prisons and the clerk is **DIRECTED** to make the appropriate entry

of the sealed exhibits filed on the docket in this action.

BY THE COURT:

_____

**R. BARCLAY SURRICK, J.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| **EILEEN McNAMARA, as** | : | |
| **Administrator of the Estate of** | : | **CIVIL ACTION** |
| **JONATHAN GLEAVES, JR., deceased,** | : | **No. 20-4570** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| | : | |
| **Defendants** | : | |
| | : | |

**MEMORANDUM OF LAW IN SUPPORT
OF UNOPPOSED MOTION TO FILE UNDER SEAL**

Defendants City of Philadelphia and Corrections Officer Gerald Slory (collectively, "City Defendants") hereby file this Memorandum of Law in Support of their Unopposed Motion to File Under Seal related to Defendants' Motion for Summary Judgment.

**I.      BRIEF STATEMENT OF FACTS**

Plaintiff Eileen McNamara, as Administrator of the Estate of Jonathan Gleaves, Jr., asserts claims against the City Defendants for violations of Gleaves' constitutional rights pursuant to § 1983. Specifically, Plaintiff contends the City Defendants violated Gleaves' Eighth and Fourteenth Amendment rights under the United States Constitution because they were deliberately indifferent to his serious medical needs. Plaintiff's claims arise in connection with Gleaves' detention at the Curran-Frumhold Correctional Facility ("CFCF"), an intake facility in the Philadelphia Department of Prisons, for drug possession charges. Gleaves was later found unresponsive in his cell at CFCF in Philadelphia and eventually passed away at a hospital.

## II.    ARGUMENT

This Court has established the power to permit records to be sealed where justice requires it and no prejudice will result to any party. *Zurich American Insurance Co. v. Rite Aid Corp.*, 344 F. Supp. 2d 497, 500 (E.D. Pa. 2004), *citing In re Cendant Corp.*, 260 F.3d 183, 192 (3d Cir. 2001). *See also* Local Rule 5.1.4. The circumstances of this case merit such action. Granting this Motion will preserve the confidentiality of sensitive medical records of Plaintiff as well as the Department of Prison's policies and procedures regarding inmates. There is no compelling public interest in this information, which is well known to Plaintiff as she has received such material in discovery in this matter. Further, none of the parties oppose this Motion.

## III.    CONCLUSION

For the reasons set forth above, City Defendants respectfully request that this Court grant their Motion to File Under Seal and order that exhibits A, B, C, D, J, K, P, and Q be filed under seal.

Date:  January 31, 2023

Respectfully submitted,

/s/ *Katelyn Mays*
Katelyn Mays
Assistant City Solicitor
Pa. Attorney ID No. 324246
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5434
katelyn.mays@phila.gov

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| EILEEN McNAMARA, as <br> Administrator of the Estate of <br> JONATHAN GLEAVES, JR., deceased, <br><br>               Plaintiff, <br><br>    v. <br><br> CITY OF PHILADELPHIA, et al., <br><br>           Defendants | CIVIL ACTION <br> No. 20-4570 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, Defendants City of Philadelphia and Correctional Officer Gerald Slory's Motion to File Under Seal was filed via the Court's electronic filing system and is available for downloading.

Date: January 31, 2023

Respectfully submitted,

/s/ *Katelyn Mays*
Katelyn Mays
Assistant City Solicitor
Pa. Attorney ID No. 324246
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5434
katelyn.mays@phila.gov