**EXHIBIT L**

## NAZARETH HOSPITAL EMERGENCY DEPARTMENT

**NAME:** GLEAVES,JOHNATHAN                                    **Triage Date:**09/
21/18
**ACCOUNT:** NA0034345363
**MED REC:** N001042300

| 9/21/18 08:00 | 165 | 49 | | 92 | Non-Rebreather | 15.00 | |

**(ORLAND,MICHAEL D MD)**
**ORDERS/RESULTS**

### Orders

| Procedure | | Category | Date Time | Status |
|---|---|---|---|---|
| Naloxone Hcl (Naloxone Hcl) | | PHA | 9/21/18 08:03 | Complete |
| Levetiracetam 1,000 Mg/100 Ml (Levetirac | | PHA | 9/21/18 08:15 | Complete |
| Overdose Ed Nsg Protocol | | ED | 9/21/18 08:08 | Transmitted |
| Electrocardiogram | | CARD | 9/21/18 08:08 | Resulted |
| Cardiac Monitor | | ED | 9/21/18 08:08 | Transmitted |
| Continuous Pulse Ox | | ED | 9/21/18 08:08 | Transmitted |
| INT | | ED | 9/21/18 08:08 | Transmitted |
| Troponin I, Cardiac | | LAB | 9/21/18 08:08 | Complete |
| Cbc With Diff | | LAB | 9/21/18 08:08 | Complete |
| Comprehensive Metabolic Panel | | LAB | 9/21/18 08:08 | Complete |
| Salicylate Level | | LAB | 9/21/18 08:08 | Complete |
| Acetaminophen Level | | LAB | 9/21/18 08:08 | Complete |
| Alcohol Ethyl Etoh | | LAB | 9/21/18 08:08 | Complete |
| Drug Screen Urine | | LAB | 9/21/18 08:08 | Complete |
| Dr Chest Portable | | CR | 9/21/18 08:08 | Resulted |
| O2 Nasal Cannula | | RESPTHERPY | 9/21/18 | Complete |
| Ct Brain Wo | | CT | 9/21/18 08:09 | Resulted |
| Lorazepam (Lorazepam) | | PHA | 9/21/18 08:08 | Complete |
| Lorazepam (Lorazepam) | | PHA | 9/21/18 08:30 | Complete |
| Propofol (Propofol) | | PHA | 9/21/18 08:30 | Complete |
| Naloxone Hcl | | PHA | 9/21/18 | Complete |

McNamara000447

## NAZARETH HOSPITAL EMERGENCY DEPARTMENT

**NAME:** GLEAVES,JOHNATHAN
21/18
**ACCOUNT:** NA0034345363
**MED REC:** N001042300

**Triage Date:**09/

| | | | | |
|---|---|---|---|---|
| (Naloxone Hcl) | | | 08:30 | |
| Naloxone Hcl (Naloxone Hcl) | | PHA | 9/21/18 08:30 | Complete |
| Blood Culture | | MIC | 9/21/18 08:17 | In Process |
| Blood Culture | | MIC | 9/21/18 08:16 | In Process |
| Lactic Acid Vog | | ABG | 9/21/18 08:16 | Complete |
| Protime/Aptt | | LAB | 9/21/18 08:20 | Logged |
| Pantoprazole Sodium (Protonix Iv) | | PHA | 9/21/18 08:30 | Complete |
| Pantoprazole Sodium 80 Mg (Protonix Iv 8 | | PHA | 9/21/18 08:30 | Complete |
| Sodium Chloride 0.9% (Sodium Chloride 0. | | PHA | 9/21/18 08:29 | Complete |
| Vancomycin Hcl/Ns 1.25 Gm (Vancomycin Hc | | PHA | 9/21/18 08:45 | Complete |
| Piperacillin/Tazobacta 3.375 G (Zosyn 3. | | PHA | 9/21/18 08:45 | Complete |
| Arterial Blood Gas | | ABG | 9/21/18 08:51 | Complete |
| Blood Gas Assessment | | RESPTHERPY | 9/21/18 08:51 | Complete |
| Lactic Acid | | LAB | 9/21/18 11:47 | Logged |

### Lab Results and (Ref Range)

| Test | 9/21/18 08:05 | 9/21/18 08:40 | 9/21/18 08:45 | 9/21/18 09:30 |
|---|---|---|---|---|
| White Blood Count | 29.2 10^3/uL (3.8-11.0)  H | | | |
| Red Blood Count | 6.24 10^6/uL (4.40-6.00)  H | | | |
| Hemoglobin | 17.6 g/dL (13.5-17.5)  H | | | |
| Hematocrit | 52.8 % (40.0-52.0)  H | | | |
| Mean Corpuscular Volume | 84.5 fL (80.0-100.0) | | | |
| Mean Corpuscular Hemoglobin | 28.2 pg (27.0-34.0) | | | |
| Mean Corpuscular Hemoglobin Concent | 33.4 g/dL (31.0-37.0) | | | |
| Red Cell Distribution Width | 14.6 % (11.5-14.5)  H | | | |

McNamara000448

**NAZARETH HOSPITAL EMERGENCY DEPARTMENT**

**NAME:** GLEAVES,JOHNATHAN                                          **Triage Date:**09/
21/18
**ACCOUNT:** NA0034345363
**MED REC:** N001042300

| | | | | |
|---|---|---|---|---|
| Platelet Count | 357 10^3/uL (150-400) | | | |
| Neutrophils (%) (Auto) | % (42.0-75.0) | | | |
| Lymphocytes (%) (Auto) | % (15.0-50.0) | | | |
| Monocytes (%) (Auto) | % (0.0-13.0) | | | |
| Eosinophils (%) (Auto) | % (0.0-7.0) | | | |
| Basophils (%) (Auto) | % (0.0-2.0) | | | |
| Neutrophils # (Auto) | 10^3/uL (1.5-7.5) | | | |
| Lymphocytes # (Auto) | 10^3/uL (0.9-4.0) | | | |
| Monocytes # (Auto) | 10^3/uL (0.2-1.0) | | | |
| Eosinophils # (Auto) | 10^3/uL (0.0-0.6) | | | |
| Basophils # (Auto) | 10^3/uL (0.0-0.2) | | | |
| Add Manual Differential | Yes | | | |
| Band Neutrophils % (Manual) | 2 % (0-4) | | | |
| Neutrophils (Manual) | 82 % (42-75)  H | | | |
| Absolute Neutrophil cells/mm3 | 24.5 /cmm (1.5-7.5)  H | | | |
| Lymphocytes (Manual) | 8 % (15-50)  L | | | |
| Monocytes (Manual) | 8 % (0-13) | | | |
| Sodium Level | 137 mmol/L (136-145) | | | |
| Potassium Level | 4.3 mmol/L (3.5-5.1) | | | |
| Chloride Level | 97 mmol/L (98-108)  L | | | |
| Carbon Dioxide Level | 21 mmol/L (21-32) | | | |
| Anion Gap | 23 (10-17)  H | | | |
| Blood Urea Nitrogen | 21 mg/dL (6-20)  H | | | |
| Creatinine | 2.110 mg/dL (0.550-1.300) | | | |
| Estimated GFR (African American) | 44 mL/min | | | |
| Estimated GFR (MDRD) Non-Af Amer | 36 mL/min | | | |
| Glucose Level | 127 mg/dL (60-110)  H | | | |
| Calcium Level | 10.0 mg/dL (8.5-10.1) | | | |

McNamara000449

**NAZARETH HOSPITAL EMERGENCY DEPARTMENT**

**NAME:** GLEAVES,JOHNATHAN

**Triage Date:**09/ 21/18

**ACCOUNT:** NA0034345363

**MED REC:** N001042300

| | | | | |
|---|---|---|---|---|
| Total Bilirubin | 1.3 mg/dL (0.2-1.0)  H | | | |
| Aspartate Amino Transferase (AST) | 165 U/L (15-37)  H | | | |
| Alanine Aminotransferase (ALT) | 542 U/L (13-61)  H | | | |
| Alkaline Phosphatase | 188 U/L (45-117)  H | | | |
| Troponin I | 8.900 ng/mL (0.00-0.045) | | | |
| Total Protein | 9.1 g/dL (6.4-8.2)  H | | | |
| Albumin | 3.8 g/dL (3.4-5.0) | | | |
| Salicylates Level | <1.7 mg/dL (2.8-20.0)  L | | | |
| Acetaminophen Level | <2.0 ug/mL (10-30)  L | | | |
| Serum Alcohol | <3 mg/dL (0-3) | | | |
| Venous Blood Lactic Acid | | 4.6 mmol/L (0.4-2.0)  *H | | |
| Arterial Blood pH | | | 7.20 (7.36-7.44)  L | |
| Arterial Blood Partial Pressure CO2 | | | 61 mmHg (32-46)  H | |
| Arterial Blood Partial Pressure O2 | | | 110 mmHg (83-108)  H | |
| Arterial Blood HCO3 | | | 23 mmol/L (21-29) | |
| Arterial Blood Oxygen Saturation | | | 97 % (92-96)  H | |
| Blood Gas Vent Mcde | | | 16 100% | |
| FiO2 | | | 400 | |
| Urine Opiates Screen | | | | Presumed negative |
| Urine Barbiturates Screen | | | | Presumed negative |
| Urine Phencyclidine Screen | | | | Presumed negative |
| Urine Amphetamines Screen | | | | Presumed negative |
| Urine Benzodiazepines Screen | | | | Presumed negative |
| Urine Cocaine Screen | | | | *presumed positive* |
| Urine Cannabinoids Screen | | | | *presumed positive* |

McNamara000450

**NAZARETH HOSPITAL EMERGENCY DEPARTMENT**

**NAME:** GLEAVES,JOHNATHAN                                    **Triage Date:**09/
21/18
**ACCOUNT:** NA0034345363
**MED REC:** N001042300

---

**(ORLAND,MICHAEL D MD)**

## Progress
**Progress**
(0804) 4mg IM Narcan given, no response getting 4mg IV.

(0805) No response to any Narcan. Will intubate.

(0807) Intubation notes: 7.5 ET tube, 22cm at the lip, GlideScope used, Confirmed by positive color change, b/l breath sounds, and End tidal CO2.

(0853) Radiology called w/ CT read. Calling GNI.

(0853) Spoke w/ Dr. Liebman, neurosurgeon, who accepts pt to his service. Pt will be transferred to Hahnemann.

(0858) Spoke w/ Dr. Liebman who states he does not want hypertonic saline or Manapol.

(0906) ETT tube advanced 3cm after reviewing the x-ray.
**(DUNLAP (SCRIBE),JAZMIN)**

## EKG/XRAY/CT
**Rhythm Interpretation:** InterpretedBy ED Provider, **Other Findings** (It axis, nonspecific ST changes), **Other Rhythm** (SVT rate 165 BPM)
**XRAY Comments**
Portable Chest

History:  Overdose. Comparison: None.

Findings and impression:

Endotracheal tube is seen tip lies at level of clavicular heads.
Esophagogastric tube is seen coursing below hemidiaphragms into stomach.
Electrocardiogram leads overlie the chest.  There are bilateral patchy infiltrates left lung greater than right which suggests the possibility of aspiration given the history.  No pleural effusion.  No pneumothorax.
Workstation ID:NAZRADDIAG-09

Dictating Radiologist:  DUTKA,MICHAEL V MD
<Electronically signed by MICHAEL V DUTKA, MD in OV>
Dictated Date/Time: 09/21/18 0856
Signed Date/Time: 09/21/18 0857

DR Chest PORTABLE
71045
**CT/MRI Comments**
Noncontrast CT scan of the brain dated 9/21/2018 8:52 AM

CLINICAL INFORMATION: 33 years year old Male with history of Overdose

McNamara000451

**NAZARETH HOSPITAL EMERGENCY DEPARTMENT**

**NAME:** GLEAVES,JOHNATHAN　　　　　　　　　　　　　　　　**Triage Date:**09/
21/18
**ACCOUNT:** NA0034345363
**MED REC:** N001042300

Comparison: None available

Technique: 2.5 mm axial images were acquired from the skull base to the vertex
without contrast.  Sagittal and coronal reformats are provided.

Findings:
There is abnormal hypoattenuation within the cerebellum, right greater than left
concerning for edema. There is corresponding effacement of the adjacent
cisterns, crowding of foramen magnum, and downward herniation of the cerebellar
tonsils. There is enlargement of the lateral and third ventricles concerning for
developing hydrocephalus.

There is mucosal thickening within the ethmoid air cells with scattered
opacification noted. Small amount of fluid is seen within the right sphenoid
sinus. Entrapped secretions are seen within the nasopharynx. Orbits are
unremarkable.

Skull base and calvarium are normal in appearance.

Impression:

1. The developing edema within the cerebellum, right greater than left, may be
related to an underlying infarct given history of overdose. There is
corresponding effacement of the adjacent cisterns, crowding of foramen magnum
and tonsillar herniation.

2. There is enlargement of the ventricles out of proportion of the sulci
suggestive of developing obstructive hydrocephalus.

3. There is no evidence of hemorrhage.

I Telephoned Critical Findings on 9/21/2018 8:57 AM.

Workstation ID:NAZRADDIAG-07

Dictating Radiologist:  NOVACO,ROBERT J MD
<Electronically signed by ROBERT J NOVACO MD in OV>
Dictated Date/Time: 09/21/18 0859
Signed Date/Time: 09/21/18 0859

CT Brain WO
70450
 **(DUNLAP (SCRIBE),JAZMIN)**

## Procedures
**Intubation**

McNamara000452

## NAZARETH HOSPITAL EMERGENCY DEPARTMENT

**NAME:** GLEAVES,JOHNATHAN                                    **Triage Date:**09/
21/18
**ACCOUNT:** NA0034345363
**MED REC:** N001042300

---

**Intubation :**
  **Indication:** Respiratory Failure
  **Blade Type:** Fiber-optic(Glide-scope)
  **Blade Size:** 4
  **Meds Given:** See eMAR
  **Device:** ET tube
  **Position @ Lip (cm):** 22
  **Technique:** Glide-Scope Used
  **Placement Confirmed By:** Auscultation, End Tidal CO2, CXR, Mist In Tube
**Comments/Complications**
Pt tolerated procedure well w/ no complications.
  **(DUNLAP (SCRIBE),JAZMIN)**

### MDM/Dep
**Departure**
**Time Of Disposition:** 08:53
  **(DUNLAP (SCRIBE),JAZMIN)**
**Clinical Impression:** CVA, BRAIN HERNIATION, SEVERE SEPSIS, RESPIRATORY FAILURE, ASPIRATION
PNA, UPPER GI BLEED
**Disposition:** XFER OTHER (Hahnemann)
**Condition:** Guarded

### Treatment Plan
**Treatment Plan**
Will get CXR, EKG, and go straight to head CT.

Suspect he may be in status epilepticus, possibly related to anoxic brain injury. Unknown down time in cell. Pt is
bringing up brown material from OJ tube. Rectal card used for brown material was guaiac positive.

Patient presents unresponsive from prison, was newly admitted, according to the guards was undergoing treatment
for possible withdrawal, unknown last normal. Patient exhibited seizure-like activity on arrival, no response to
Narcan. Airway secured with intubation. Concern for possible anoxic brain injury, seizures treated with Ativan and
Keppra.

Clinically I have a high concern for aspiration pneumonia, patient started on Zosyn and vancomycin. Blood cultures
sent. Patient has an apparent upper GI bleed, likely stress gastritis, will start Protonix.

Brain CT shows the developing edema within the cerebellum, right greater than left, may be related to an underlying
infarct given history of overdose and there is enlargement of the ventricles out of proportion of the sulci suggestive of
developing obstructive hydrocephalus, full report as above. CXR shows there are bilateral patchy infiltrates left lung
greater than right which suggests the possibility of aspiration given the history, full report as above. Labs show white
count 29, will start broad spectrum ABx, Vancomycin and Zosyn to likely cover PNA.

Pt will be transferred to Hahnemann to the service of Dr. Liebman, neurosurgeon, w/ dx of CVA, brain herniation,
severe sepsis, resp failure, aspiration PNA, and upper GI bleed.
  **(DUNLAP (SCRIBE),JAZMIN)**

McNamara000453

### NAZARETH HOSPITAL EMERGENCY DEPARTMENT

**NAME:** GLEAVES,JOHNATHAN                                    **Triage Date:**09/
21/18
**ACCOUNT:** NA0034345363
**MED REC:** N001042300

---

## Critical Care Note
**Initial Condition:** Critical
**Status:** Respiratory Failure, Other (CVA, brain herniation, severe sepsis, aspiration PNA, upper GI bleed)
**Family Discussion:** Further History Obtained (prison staff), Medical Decisions (prison staff), Status Updates (prison staff)
**Re-Evaluation:** Symptoms Worsening
**Condition:** Guarded
**CC Time (min):** 112
**Above Time Excludes Separately:** Billable Procedures
**(DUNLAP (SCRIBE),JAZMIN)**

## Attestation
### Scribe Information
**Enter Scribe Name**
Jazmin Dunlap
**Scribe Statement**
Jazmin Dunlap scribing for and in the presence of Dr. Orland.
**(DUNLAP (SCRIBE),JAZMIN)**

## Provider Information
**Provider Attestation**
I, Michael Orland, personally performed the service(s) described in this documentation, as entered by the scribe in my presence. It is both accurate and complete, unless otherwise noted.
**(ORLAND,MICHAEL D MD)**

DUNLAP (SCRIBE),JAZMIN                          Sep 21, 2018 08:23
ORLAND,MICHAEL D MD                             Sep 21, 2018 12:20

**<Electronically signed by MICHAEL D ORLAND, MD>** 09/21/18 1226

McNamara000454