**EXHIBIT M**

**Hahnemann University Hospital**
230 N. Broad Street
Philadelphia, PA 19102-1121

| | | | | |
|---|---|---|---|---|
| Patient: | GLEAVES, JOHNATHAN | | Attending Provider: | LIEBMAN MD,KENNETH M |
| MRN #: | 1519640 | | Admission Date: | 9/21/2018 |
| Account #: | 80947906 | | Discharge Date: | 9/21/2018 |
| DOB/Age/Sex: | 2/23/1985  / 33 years | / Male | Lab Medical Director(s): | Cheryl A. Hanau, M.D. |

## Assessment - Neurological

Legend: (c)=Corrected, (A)=Abnormal, (I)=Critical, (H)=High, *=Result Comment, T=Textual, W=Witness Action

### Cranial Nerve Assessment

Event Date:        9/21/2018
Event Time:        12:00 EDT
Charted By:  ARSENAULT RN,CAROLINE

| Event: | | Unit: | Reference Range: |
|---|---|---|---|
| Tongue | Unable to assess | | |

### Detailed Neurological

Event Date:        9/21/2018
Event Time:        12:00 EDT
Charted By:  ARSENAULT RN,CAROLINE

| Event: | | Unit: | Reference Range: |
|---|---|---|---|
| Hand Grasp | See Below T1 | | |
| Shoulder Shrug | Unable to perform | | |
| Wiggles Toes Left | No | | |
| Wiggles Toes Right | No | | |
| Shows Two Fingers Left | No | | |
| Shows Two Fingers Right | No | | |

Textual Results
T1:      9/21/2018 12:00 EDT (Hand Grasp)
         Unable to grip or follow commands

### Glasgow Coma Scale

Event Date:        9/21/2018
Event Time:        12:00 EDT
Charted By:  ARSENAULT RN,CAROLINE

| Event: | | Unit: | Reference Range: |
|---|---|---|---|
| Best Eye Opening Response | None | | |
| Best Motor Response | Abnormal flexion c1 | | |
| Best Verbal Response | None | | |
| GCS Total Score | 5 c2 | | |

Corrected Results
c1:      Best Motor Response
         Corrected from Flaccid on 9/21/2018 14:42 EDT by WACHTER RN, KAREN
c2:      GCS Total Score
         Corrected from 3 on 9/21/2018 14:42 EDT by WACHTER RN, KAREN

McNamara000385