**EXHIBIT N**

**Hahnemann University Hospital**
230 N. Broad Street
Philadelphia, PA 19102-1121

| | | | |
|---|---|---|---|
| **Patient:** | GLEAVES, JOHNATHAN | **Attending Provider:** | LIEBMAN MD,KENNETH M |
| **MRN #:** | 1519640 | **Admission Date:** | 9/21/2018 |
| **Account #:** | 80947906 | **Discharge Date:** | 9/21/2018 |
| **DOB/Age/Sex:** | 2/23/1985  / 33 years      / Male | **Lab Medical Director(s):** | Cheryl A. Hanau, M.D. |

## Notification of Death

Legend: (c)=Corrected, (A)=Abnormal, (!)=Critical, (H)=High, *=Result Comment, T=Textual, W=Witness Action

Event Date:      9/21/2018
Event Time:      13:09 EDT
Charted By: CERASOLI PA-C,JESSICA

| Event: | | Unit: | Reference Range: |
|---|---|---|---|
| Preliminary Cause of Death | Respiratory Arrest | | |

McNamara000404