**EXHIBIT O**



**City of Philadelphia**
**Office of the Medical Examiner**
321 University Avenue
Philadelphia, PA 19104

Case Number   : **18-04168**
Date of Death   : **Sep 21 2018**

## FINDINGS AND OPINIONS

| DECEDENT'S NAME **Jonathan Gleaves** | AGE 33 Years | RACE Black | SEX Male | HEIGHT 5 ft 11 in | WEIGHT 142 lb |
|---|---|---|---|---|---|
| PRONOUNCED DEAD BY Dr. Jessica Curasulo | AT Hahnemann University Hospital Philadelphia PA 19102 | | | DATE & TIME Sep 21 2018  1:05PM | |
| ID WITNESS NAME Deborah Gleaves | ADDRESS 4831 Leiper Street Philadelphia PA 19124 | | | RELATION Mother | |

**Findings:**

## FINAL DIAGNOSES

I.  Acute and chronic substance abuse
    a.  Found unresponsive in jail cell
    b.  Hospital urine drug screen positive for cocaine (per report)
    c.  Acute drug intoxication; see separate postmortem toxicology report
        i.  Dusky discoloration of brain (brain 1460 grams), with bilateral acute cerebellar infarctions
        ii.  Pulmonary congestion (right lung 1370 grams, left lung 1150 grams)
    d.  Mild splenomegaly (spleen 230 grams)
    e.  History of substance abuse (per report)

II.  Mild cardiomegaly (heart 390 grams)

III.  Hepatitis C and human immunodeficiency viral infections (per report)

IV.  Cholelithiasis

**Cause of Death:**     Drug Intoxication (Cocaine, Fentanyl, Xylazine)

**Other Significant Conditions:**

**Manner of Death:**     **Accident**

Lyndsey A. Emery, M.D., Ph.D
Associate Medical Examiner
Date: 11/8/2018

McNamara000519