IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EILEEN McNAMARA                    :
                                   :
        v.                         :        CIVIL ACTION NO. 20-4570
                                   :
CITY OF PHILADELPHIA et al         :

## O R D E R

**AND NOW**, this 1st day of February 2023, upon consideration of Defendants'

Unopposed Motion to File Under Seal (ECF No. 37), it is **ORDERED** that the Motion is

**GRANTED** to preserve the confidentiality of sensitive medical information of Plaintiff and the

policies and procedures of the Philadelphia Department of Prisons and the clerk is **DIRECTED**

to make the appropriate entry of the sealed exhibits filed on the docket of this action.

        **IT IS SO ORDERED.**

                                BY THE COURT:


                                s/ *R. Barclay Surrick*
                                _____
                                **R. BARCLAY SURRICK, J.**