## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EILEEN A. McNAMARA, as Administrator of the : <br> of the ESTATE OF JOHNATHAN GLEAVES, JR. : <br> : <br> v.                                         : <br> : <br> CITY OF PHILADELPHIA; CORIZON HEALTH, : <br> GERALD SLORY, ELIZABETH BRADLEY, : <br> LALITHA TRIVIKRAM, MATU GAYE, and : <br> JOHN DOE(S)                               : | NO. 20-CV-4570 |

## SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY

Tehum Care Services, Inc. d/b/a Corizon Health, Inc. ("TCS" or the "Debtor"), one of the named defendants herein, files this *Suggestion of Bankruptcy and Notice of Automatic Stay* and would respectfully show as follows:

1.     On February 13, 2023 (the "Petition Date"), TCS filed a voluntary petition pursuant to chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The case is pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, under Case No. 23-90086 (CML) (the "Chapter 11 Case").

2.     As a result of the commencement of the Chapter 11 Case, section 362 of the Bankruptcy Code operates as a stay, applicable to all entities, of (i) commencement or continuation of a judicial, administrative or other action or proceeding against the Debtor that was or could have been commenced before the commencement of the Chapter 11 Case, or to recover a claim against the Debtor that arose before the commencement of the Chapter 11 Case; (ii) the enforcement, against the Debtor or against the property of their bankruptcy estates, of a

judgment obtained before the commencement of the Chapter 11 Case; (iii) any act to obtain possession of property of the estate or of property from the estates or to exercise control over property of the Debtor's estate; and (iv) any act to create, perfect, or enforce a lien against property of the Debtors' estate.

The stay set forth in 11 U.S.C. § 362(a) became effective automatically upon the commencement of the Chapter 11 Case. If any party violates the stay, the Debtor may seek to have such actions deemed void, move for sanctions in the Bankruptcy Court and recover actual damages, including costs and attorneys' fees, arising from the violation of the stay.

Respectfully submitted,

**O'CONNOR KIMBALL LLP**

By: _____

Thomas J. Gregory, Esquire
Two Penn Center Plaza, Suite 1100
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(215) 564-0400        Facsimile: (215) 564-1973
Email: tgregory@okllp.com
Our File No. 210-1713
*Attorney for Defendants, Corizon Health, Inc.*
*Elizabeth Bradley, M.D., Lalitha Trivikram, M.D.,*
*and Matu Gaye, RN*

Dated: 2/15/23

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EILEEN A. McNAMARA, as Administrator of the :
of the ESTATE OF JOHNATHAN GLEAVES, JR. :
           v.                :
CITY OF PHILADELPHIA; CORIZON HEALTH, :    NO. 20-CV-4570
GERALD SLORY, ELIZABETH BRADLEY,   :
LALITHA TRIVIKRAM, MATU GAYE, and   :
JOHN DOE(S)                     :

## CERTIFICATE OF SERVICE

I, Thomas J. Gregory, Esquire, hereby certify that I caused a true and correct copy of the foregoing Suggestion of Bankruptcy to be electronically filed on this _16th_ day of February, 2023, and thereby served via the Court's ECF Electronic Filing System upon the following:

**VIA EMAIL: zeiger@levinzeiger.com**
Brian J. Zeiger, Esquire
Levin & Zeiger, LLP
Two Penn Center Plaza, Suite 620A
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
*Attorney for Plaintiff*

**O'CONNOR KIMBALL LLP**

By: _____
Thomas J. Gregory, Esquire
Two Penn Center Plaza, Suite 1100
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(215) 564-0400      Facsimile: (215) 564-1973
Email: tgregory@okllp.com
Our File No. 210-1713
*Attorney for Defendants, Corizon Health, Inc.*
*Elizabeth Bradley, M.D., Lalitha Trivikram, M.D.,*
*and Matu Gaye, RN*