**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **EILEEN A. MCNAMARA, as Administrator of the ESTATE OF JONATHAN GLEAVES, JR.,** | : : : : | |
| **Plaintiff,** | : : | |
| **v.** | : : | **No. 2:20-cv-04570-RBS** |
| **CITY OF PHILADELPHIA; CORIZON HEALTH; GERALD SLORY; ELIZABETH BRADLEY; LALITHA TRIVIKRAM; MATU GAYE; JOHN DOE(S),** | : : : : : : | |
| **Defendants.** | : : : | |

## ORDER

**AND NOW**, this _____ day of _____, 2023, upon

consideration of the Motion for Summary Judgment of Defendants City of Philadelphia and

Corrections Officer Gerald Slory (ECF 38) and plaintiff's response thereto, **IT IS ORDERED** as

follows:

1.      Plaintiff's claims against the City of Philadelphia are dismissed by agreement of

the parties; and

2.      The motion is **DENIED** with respect to defendant Gerald Slory, and all claims

against defendant Slory will proceed to trial.

**BY THE COURT:**

_____
**R. BARCLAY SURRICK, J.**