IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EILEEN McNAMARA             :
                           :
      v.                 :        CIVIL ACTION NO. 20-4570
                           :
CITY OF PHILADELPHIA et al     :

## O R D E R

**AND NOW**, this 8th day of March, 2023, upon consideration of the Suggestion of

Bankruptcy and Notice of Automatic Stay (ECF No. 41) filed by Defendant Corizon Health, it is

**ORDERED** that no later than **March 27, 2023**, the parties shall file with this Court a joint status

report setting forth the parties' respective positions and supporting authority regarding the

impact, if any, on this action of the bankruptcy proceedings captioned *In re Tehum Care*

*Services, Inc.*, No. 23-90086 (Bankr. S.D. Tex.) and the automatic stay provisions of 11 U.S.C.

§ 362(a).

    **IT IS SO ORDERED.**

                              **BY THE COURT:**

                              s/ *R. Barclay Surrick*

                              **R. BARCLAY SURRICK, J.**