IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EILEEN McNAMARA                          :
                                         :
        v.                               :        CIVIL ACTION NO. 20-4570
                                         :
CITY OF PHILADELPHIA et al               :

# O R D E R

**AND NOW**, this __3rd__ day of April, 2023, upon consideration of the Suggestion of

Bankruptcy and Notice of Automatic Stay filed by Defendant Corizon Health (ECF No. 41), the

Joint Status Report Regarding Bankruptcy Proceedings filed by Plaintiff and Defendants the City

of Philadelphia and Gerald Slory (ECF No. 46), and the March 27, 2023 letter submitted by

counsel for Defendants Corizon Health, Elizabeth Bradley, Lalitha Trivikram, and Matu Gaye

(ECF No. 45), it is **ORDERED** as follows:

1.      This action is **STAYED** as to all Defendants until further Order of this Court.

2.      Within fourteen (14) days of the resolution of the bankruptcy proceedings, the

parties shall file a joint status report advising this Court of the outcome of those proceedings and

whether this case may proceed to adjudication.

3.      The Clerk of Court shall place this matter in **CIVIL SUSPENSE** pending further

Order of this Court.

        **IT IS SO ORDERED.**

                                        **BY THE COURT:**


                                         _/s/ R. Barclay Surrick_
                                        **R. BARCLAY SURRICK, J.**