IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EILEEN McNAMARA                        :
                                       :
        v.                             :        CIVIL ACTION NO. 20-4570
                                       :
CITY OF PHILADELPHIA et al             :

## O R D E R

**AND NOW**, this 17th day of January, 2025, it is hereby **ORDERED** that the parties shall

file with this Court a joint status report, by **January 27, 2025**. Thereafter, the parties shall file

status updates every 90 days.

**IT IS SO ORDERED.**

BY THE COURT:


s/ *R. Barclay Surrick*

_____

**R. BARCLAY SURRICK, J.**