## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| EILEEN A. MCNAMARA, as Administrator of the ESTATE OF JONATHAN GLEAVES, JR., | : : : : | |
| Plaintiff, | : : | |
| v. | : : | No. 2:20-cv-04570-RBS |
| CITY OF PHILADELPHIA; CORIZON HEALTH; GERALD SLORY; ELIZABETH BRADLEY; LALITHA TRIVIKRAM; MATU GAYE; JOHN DOE(S), | : : : : : : | |
| Defendants. | : : | |

**Joint Status Report**

As directed in the Court's January 17, 2025, Order (ECF 48), the parties, through the below designated counsel, provide this status report.

On April 3, 2023, the Court stayed the case and placed it in civil suspense based on the initiation of bankruptcy proceedings in *In re Tehum Care Servs., Inc.*, No. 23-90086 (Bankr. S.D. Tex.). At that time, the Court had before it a fully briefed motion for summary judgment filed by defendants City of Philadelphia and Gerald Slory. ECF 38, 39, 42, 43.

Since that time, in view of the Court's stay, there have been no litigation activities.

The parties understand that the Bankruptcy Court presiding over the above-referenced proceedings has scheduled a Confirmation Hearing for March 3, 2025, and that the court will consider whether to confirm a proposed Joint Chapter 11 plan.

Consistent with this Court's Order, the parties will provide an additional status report within 90 days, or at an earlier date in the event of any final resolution of the bankruptcy proceedings.

/s/ Jonathan H. Feinberg
Jonathan H. Feinberg
Kairys, Rudovksy, Messing,
  Feinberg & Lin LLP
718 Arch Street, Suite 501 South
Philadelphia, PA 19106

*Counsel for Plaintiff[1]*

/s/ Katelyn L. Mays
Katelyn L. Mays
Ahmad Zaffarese LLC
One South Broad Street, Suite 1810
Philadelphia, PA 19107

*Counsel for Defendants City of Philadelphia and Gerald Slory*

/s/ Thomas J. Gregory
Thomas J. Gregory, Esquire
O'Connor Kimball, LLP
Suite 1100
Two Penn Center Plaza
1500 John F. Kennedy Boulevard
Philadelphia, PA  19102

*Counsel for Defendants Corizon Health, Bradley, Trivikram, and Gaye*

---

[1] During the pendency of the Court's stay in this matter, the plaintiff administrator, Eileen McNamara, has died. Counsel is working with the family of the decedent's heirs to appoint a new administrator and expects to be prepared to seek substitution of the plaintiff if and when the Court lifts the stay of proceedings.