IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EILEEN A. MCNAMARA, as **Administrator of the ESTATE OF JONATHAN GLEAVES, JR.,** | : : : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **No. 2:20-cv-04570-RBS** |
| | : | |
| CITY OF PHILADELPHIA; CORIZON HEALTH; GERALD SLORY; ELIZABETH BRADLEY; LALITHA TRIVIKRAM; MATU GAYE; JOHN DOE(S), | : : : : : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**Response to Corizon Defendants' Motion to Stay**

Defendants Corizon Health, Inc., Elizabeth Bradley, Lalitha Trivikram, and Matu Gaye

have moved to stay all proceedings against them pending further Order of the U.S. Bankruptcy

Court for the Southern District of Texas in *In re Tehum Care Servs., Inc.* (No. 23-90086). ECF

51. It is unclear why defendants have filed the motion as all parties signed onto a May 14, 2025,

joint status report agreeing that plaintiff is enjoined from pursuing claims against these

defendants. ECF 50 at 2.

In any event, plaintiff[1] does not oppose the requested stay as to the Corizon defendants.

As to the other defendants—the City of Philadelphia and Gerald Slory—as indicated in the

---

[1] As previously noted, ECF 49 at 2 n.1, the plaintiff administrator, Eileen McNamara, is deceased. Undersigned counsel is working with the family of decedent Jonathan Gleaves, Jr., to appoint a replacement administrator and expects to seek substitution of a new administrator once the stay is lifted in this matter.

referenced status report, the claims may proceed, and the Court may address the fully-briefed

summary judgment motion filed by those defendants. ECF 50 at 2.

Respectfully submitted,


/s/ Jonathan H. Feinberg
Jonathan H. Feinberg
Kairys, Rudovksy, Messing,
    Feinberg & Lin LLP
718 Arch Street, Suite 501 South
Philadelphia, PA 19106

*Counsel for Plaintiff*