**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

EILEEN A. McNAMARA, as Administrator of the :
of the ESTATE OF JOHNATHAN GLEAVES, JR. :
                     v.                :       NO. 20-CV-4570
CITY OF PHILADELPHIA; CORIZON HEALTH, :
GERALD SLORY, ELIZABETH BRADLEY,   :
LALITHA TRIVIKRAM, MATU GAYE, and   :
JOHN DOE(S)                       :

**ORDER**

**AND NOW**, this ___26th___ day of _____August_____ , 2025, upon consideration

of the Motion of Defendants, Corizon Health, Inc., Elizabeth Bradley, Lalitha Trivikram, and

Matu Gaye, to Stay All Proceedings unless and until the U.S. Bankruptcy Court for the Southern

District of Texas (Houston Division) in *In Re Tehum Care Services, Inc.* (f/k/a Corizon Health,

Inc.), Case No. 23-90086 enters an Order which permits the prosecution of the above-captioned

matter to continue.

**BY THE COURT:**

**s/ *R. Barclay Surrick***
_____
                                          J.