**KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP**         Law Offices

| | |
|---|---|
| David Rudovsky | The Cast Iron Building |
| Jonathan H. Feinberg | 718 Arch Street |
| Susan M. Lin | Suite 501S |
| Grace Harris | Philadelphia, PA 19106 |
| Eleanor Carpenter | Phone: (215) 925-4400 |
| David Kairys | Fax: (215) 925-5365 |
|   Of Counsel | |
| Paul Messing | jfeinberg@krlawphila.com |
|   Of Counsel | www.krlawphila.com |
| Ilene Kalman (1985-1996) | |

May 7, 2026

***Via ECF***
Honorable R. Barclay Surrick
U.S. District Court
601 Market Street
Philadelphia, PA 19106

**Re:    *McNamara v. City of Philadelphia*, No. 20-cv-4570-RBS**

Dear Judge Surrick:

Plaintiff's response to the Motion for Leave to Withdraw as Counsel filed by Mr. Gregory (ECF 54) is due on or before May 8, 2026. I write to request an extension of time for the filing of a response to the motion. I make this request because, as I previously informed the Court, plaintiff Eileen McNamara is deceased. *See, e.g.*, ECF 52 at 1 n.1. While this matter has been stayed, I have been working with Ms. McNamara's family to appoint a substitute plaintiff, but that process has been unexpectedly challenging. The process is now nearing completion, and I expect that a substitute will be appointed within the next 30 days.

In the meantime, it would not be appropriate for me to state a position on Mr. Gregory's motion without a plaintiff to consent to that position. For this reason, I request leave to file a status report regarding the substitution of a plaintiff within 30 days of today's date or, alternatively, that I be permitted to file a response to Mr. Gregory's motion within 14 days after the substitution of a plaintiff is completed.

I think the Court for its attention to this request.

Respectfully,

/s/ Jonathan H. Feinberg
Jonathan H. Feinberg

*Counsel for Plaintiff*