IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EILEEN MCNAMARA | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 20-4570 |
| CITY OF PHILADELPHIA et al | : | |

## **O R D E R**

**AND NOW**, this 8th day of May 2026, upon consideration of Plaintiff's May 7, 2026

Letter Correspondence Requesting an Extension of Time to Respond to Defendants' Motion for

Leave to Withdraw as Counsel (ECF No. 55), it is hereby **ORDERED** that the request is

**GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall file either: (1) a status report regarding

the substitution of Plaintiff; or (2) a response to Defendants' Motion for Leave to Withdraw as

Counsel (ECF No. 54), within thirty (30) days of the date of this Order.

**IT IS ORDERED**.

**BY THE COURT:**

**R. BARCLAY SURRICK, J.**