**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EILEEN A. MCNAMARA, as Administrator of the ESTATE OF JONATHAN GLEAVES, JR.,** | : <br> : <br> : <br> : |
| **Plaintiff,** | : <br> : |
| **v.** | :      **No. 2:20-cv-04570-RBS** <br> : |
| **CITY OF PHILADELPHIA; CORIZON HEALTH; GERALD SLORY; ELIZABETH BRADLEY; LALITHA TRIVIKRAM; MATU GAYE; JOHN DOE(S),** | : <br> : <br> : <br> : <br> : |
| **Defendants.** | : <br> : |

## SUGGESTION OF DEATH

Please note that plaintiff Eileen McNamara died on or about September 4, 2023.[1]

/s/ Jonathan H. Feinberg
Jonathan H. Feinberg
KAIRYS, RUDOVSKY, MESSING,
  FEINBERG & LIN LLP
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
(215) 925-4400
jfeinberg@krlawphila.com

*Counsel for Plaintiff*

---

[1] This matter has been stayed since April 3, 2023, as a result of bankruptcy proceedings involving defendant Corizon Health. ECF 47. Plaintiff's counsel has informed the Court and the parties of plaintiff Eileen McNamara's death in prior filings and noted that substitution of the plaintiff would be sought once the stay is terminated. ECF 49 at 2 n.1; ECF 52 at 1 n.1; ECF 55. Counsel submits this Suggestion of Death at this time in light of a forthcoming motion for leave to amend the complaint that identifies a new plaintiff and, moreover, asserts claims that will obviate the need for a continued stay.