**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EILEEN A. MCNAMARA, as** | : | |
| **Administrator of the ESTATE** | : | |
| **OF JONATHAN GLEAVES, JR.**, | : | |
| | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | **No. 20-cv-04570** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.,* | : | |
| | : | |
| *Defendants.* | : | |

**MOTION FOR LEAVE TO FILE AN AMENDED ANSWER TO PLAINTIFF'S COMPLAINT**

Defendants City of Philadelphia and Correctional Officer Gerald Slory (collectively, the "City Defendants") hereby move pursuant to Fed. R. Civ. P. 15(a)(2) for leave to file an amended answer to Plaintiff's Complaint, a copy of which is attached hereto as Exhibit A. In support of this Motion, City Defendants incorporate by reference the Memorandum of Law below.

Respectfully submitted,

*/s/ Katelyn Mays*
Katelyn Mays, Esquire
Attorney ID No: 324246
**Ahmad Zaffarese LLC**
One South Broad Street, Suite 1910
Philadelphia, PA 19107
215-496-9343
215-496-9419 (fax)
kmays@azlawllc.com

Dated: June 2, 2026

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EILEEN A. MCNAMARA, as** | : | |
| **Administrator of the ESTATE** | : | |
| **OF JONATHAN GLEAVES, JR.**, | : | |
| | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | **No. 20-cv-04570** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.,* | : | |
| | : | |
| *Defendants.* | : | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR
LEAVE TO FILE AMENDED ANSWER TO PLAINTIFF'S COMPLAINT**

## I.    INTRODUCTION

Plaintiff commenced this action against the City of Philadelphia, Correctional Officer

Gerald Slory (collectively, the "City Defendants") as well as Corizon Health and three of its

employees (collectively, the "Corizon Defendants"). As of February 2023, the parties had

completed discovery. The City Defendants had filed a summary judgment motion, and the

parties were in the midst of briefing that motion. Defendants Corizon Health and its

employees filed no summary judgment motion. On February 16, 2023, however, counsel for

Corizon informed the Court of Corizon's bankruptcy proceedings. ECF 41. The Court then

stayed the case on April 3, 2023. ECF 47. The litigation has remained in stayed status for

more than three years while the bankruptcy proceedings slowly progressed.

The City did not assert a crossclaim against Corizon Defendants seeking

indemnification and contribution pursuant to the professional services contract between

the City and Corizon. Under the Bankruptcy Order (attached hereto as Exhibit B), for the City to perfect its claim against Corizon in the bankruptcy proceedings, it must assert its crossclaim for indemnification and contribution by June 3, 2026. Absent the bankruptcy proceedings, the City could have pursued its claim once ripened but now must do so before the June 3, 2026 deadline.[1]

## II.    ARGUMENT

The Federal Rules of Civil Procedure endorse a flexible standard for the amendment of pleadings. Thus, under Fed. R. Civ. P. 15(a)(2), "[t]he court should freely give leave when justice so requires." *See Arthur v. Maersk, Inc.*, 434 F.3d 196, 202 (3d Cir. 2006) ("Federal Rule of Civil Procedure 15 embodies a liberal approach to pleading."). A request to amend "must generally be granted unless equitable considerations render it otherwise unjust"' such considerations include "undue delay, bad faith, and futility."). *Id.* at 204.

Here, there are no equitable considerations that would weigh against granting leave to amend the Answer. Plaintiff will not be prejudiced by the amendment as it pertains to the Corizon Defendants only, and justice requires that these amendments be made so that the City Defendants may perfect their rights under the Corizon bankruptcy proceedings.

## III.    CONCLUSION

For the foregoing reasons, the City Defendants respectfully request that this Court grant the Motion and direct the docketing of the Amended Answer.

---

[1] The City Defendants recognize that Plaintiff has filed a Motion for Leave to Amend the Complaint (ECF No. 58). Once the Amended Complaint is docketed, the City Defendants anticipate filing a cross claim against the various Corizon defendants named in that pleading.

Respectfully submitted,

*/s/ Katelyn Mays*
Katelyn Mays, Esquire
Attorney ID No: 324246
**Ahmad Zaffarese LLC**
One South Broad Street, Suite 1910
Philadelphia, PA 19107
215-496-9343
215-496-9419 (fax)
kmays@azlawllc.com

Dated: June 2, 2026

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EILEEN A. MCNAMARA, as** | : | |
| **Administrator of the ESTATE** | : | |
| **OF JONATHAN GLEAVES, JR.**, | : | |
| | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | **No. 20-cv-04570** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.,* | : | |
| | : | |
| *Defendants.* | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I filed the foregoing Motion on the Court's ECF Site.

The Motion is available for viewing and downloading on the Court's ECF system.

Respectfully submitted,

*/s/ Katelyn Mays*
Katelyn Mays
**Ahmad Zaffarese LLC**
One South Broad Street, Suite 1910
Philadelphia, PA 19107
215-496-9343
215-496-9419 (fax)
kmays@azlawllc.com

Dated: June 2, 2026