**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EILEEN A. MCNAMARA, as** | : | |
| **Administrator of the ESTATE** | : | |
| **OF JONATHAN GLEAVES, JR.**, | : | |
| | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | **No. 20-cv-04570** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.,* | : | |
| | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2026, upon consideration

of the Motion for Leave to File an Amended Answer filed by Defendants, City of Philadelphia

and Corrections Officer Gerald Slory, it is **ORDERED** that the motion is **GRANTED**. The Clerk

of Court shall enter Defendants' Amended Answer, attached as Exhibit A to their motion, on

the Court's docket effective the date of filing the Motion for Leave to File the Amended

Answer.

**BY THE COURT:**

_____

**R. BARCLAY SURRICK, J.**