**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EILEEN A. MCNAMARA, *as* | : | |
| *Administrator of the ESTATE OF* | : | CIVIL ACTION |
| *JONATHAN GLEAVES, JR.* | : | |
| | : | NO. 20-4570 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, *ET AL.* | : | |

## ORDER

**AND NOW**, this 3rd day of June, 2026, upon consideration of the Motion for Leave to File an Amended Answer ("Motion," ECF No. 59) filed by Defendants, City of Philadelphia and Corrections Officer Gerald Slory, it is **ORDERED** that the Motion is **GRANTED**.  The Clerk of Court shall enter said Defendants' Amended Answer, attached as Exhibit A to their Motion, on the Court's docket effective as of the date of filing of the Motion.

**IT IS SO ORDERED.**

                                                                BY THE COURT:


                                                                 */s/ R. Barclay Surrick*
                                                                **R. BARCLAY SURRICK, J.**