## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EILEEN A. MCNAMARA, as **Administrator of the ESTATE OF JONATHAN GLEAVES, JR.**, | : | |
| | : | |
| | : | |
| | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | **No. 20-cv-04570** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.,* | : | |
| | : | |
| *Defendants.* | : | |

## DEFENDANTS THE CITY OF PHILADELPHIA
## AND CORRECTIONAL OFFICER GERALD SLORY'S AMENDED ANSWER WITH
## <u>AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT</u>

Answering Defendants City of Philadelphia and Correctional Officer Gerald Slory (the "City Defendants" and/or the "Answering Defendants"), by and through the undersigned counsel, hereby file this Amended Answer with Affirmative Defenses and aver as follows:

### PRELIMINARY STATEMENT

1.      The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

### JURISDICTION

2.      The allegations of this paragraph constitute conclusions of law regarding the Court's jurisdiction over the subject matter of the case, and, therefore, require no response.

### PARTIES

3.      After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

4.      After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

5.      It is admitted that the City of Philadelphia is a municipality. The other allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

6.      The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, it is admitted that Corizon Health, Inc. is a private corporation organized under the laws of Delaware, with its headquarters in Brentwood, Tennessee, and that Corizon Health, Inc. is contracted to provide medical services at the Philadelphia Department of Prisons.

7.      Admitted.

8.      The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

9.      The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to

2

form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

10. The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

11. The allegations of this paragraph are not directed to Answering Defendants and/or constitute conclusions of law, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph regarding unnamed defendants. All allegations are therefore denied.

12. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

13. The allegations of this paragraph are not directed to Answering Defendants and/or constitute conclusions of law, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph regarding unnamed defendants. All allegations are therefore denied.

14. The allegations in this paragraph constitute conclusions of law or Plaintiff's

3

statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

## FACTUAL ALLEGATIONS

15.     After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

16.     After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

17.     After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

18.     After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

19.     After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

20.     The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

4

21.     The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

22.     The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

23.     The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

24.     The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

25.     Admitted.

26.     After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this

5

paragraph. All allegations are therefore denied.

27.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

28.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

29.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

30.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

31.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

32.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

33.     Admitted.

34.     The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form

a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

35.     The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

36.     The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

37.     The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

38.     Denied as stated.  It is admitted that Defendant Slory was assigned to work on B1P3 on the 11 p.m. to 7 a.m. shift from September 20 to September 21, 2018.

39.     The allegations of this paragraph are not directed to Answering Defendants, and/or constitute Plaintiff's statement of the case, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments

7

contained in this paragraph.  All allegations are therefore denied.

40.    The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

41.    The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

42.    The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

43.    Admitted.

44.    The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

45.    The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

46.    The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

47.    The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

48.    The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

49.    The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

50.    The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore

require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

51.     The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

52.     The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

53.     The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

54.     The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore

10

require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

55.    The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

56.    The allegations of this paragraph are not directed to Answering Defendants, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

57.    The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response.  To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

58.    The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is

11

required, denied.

59.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

60.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

61.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

62.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

63.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

64.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

**WRONGFUL DEATH AND SURVIVAL ACTIONS**

65.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

66.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

67.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

68.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph regarding Plaintiff's purported damages.  All allegations are therefore denied.

69.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph regarding Plaintiff's purported damages.  All allegations are therefore denied.

70.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph regarding Plaintiff's purported damages.  All allegations are therefore denied.

71.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph regarding Plaintiff's decedent.  All allegations are therefore denied.

72.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph regarding Plaintiff's decedent.  All allegations are therefore denied.

73.     The allegations in this paragraph constitute conclusions of law or Plaintiff's claim for relief, and, therefore, require no response. To the extent that a response is required, denied.

## CLAIMS FOR RELIEF

### COUNT I
### Plaintiff v. Defendants Slory, Bradly, Trivikram, Gay, and Doe(s) Federal Constitutional Claims

74.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

### COUNT II
### Plaintiff v. Defendants City of Philadelphia and Corizon Health Federal Constitutional Claims

75.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is

14

required, denied.

## COUNT III
### Plaintiff v. Defendants Bradley, Trivikram, Galy, Doe(s) and Corizon Health State Law Negligence Claims

76.     The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response.  To the extent a response is required, denied.

77.     The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response.  To the extent a response is required, denied.

78.     The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response.  To the extent a response is required, denied.

79.     The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response.  To the extent a response is required, denied.

80.     The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and therefore require no response.  To the extent a response is required, denied.

**WHEREFORE**, Answering Defendants deny that they are liable to Plaintiff, either jointly or severally, and demand judgment in their favor, together with reasonable attorney's fees and the costs of defending this action.

## JURY DEMAND AND AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim against the Answering Defendants upon which

15

relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Answering Defendants assert all of the defenses, immunities, and limitations of damages available to them under the "Political Subdivision Tort Claims Act" and aver that Plaintiff's remedies are limited exclusively thereto. Act of Oct. 5, 1980, No. 142, P.L. 693, 42 Pa. C.S.A. § 8541 et seq.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of qualified immunity because, at all times material hereto, the Answering Defendants were carrying out their duties in a proper and lawful manner and in the exercise of good faith.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent that she has failed to take reasonable measures to mitigate any or all damages.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, insofar as Answering Defendants purported actions or omissions were not the proximate cause of any alleged injury, loss, or damage incurred by the Plaintiff.

## SIXTH AFFIRMATIVE DEFENSE

At all times material to this civil action, Answering Defendants acted in a reasonable, proper, and lawful manner.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations.

## EIGHTH AFFIRMATIVE DEFENSE

To the extent Plaintiff is bringing state law claims, law enforcement privilege shields the Answering Defendants from liability on Plaintiff's state law claims. *See* 18 Pa. Cons. Stat. § 508(a)(1).

## NINTH AFFIRMATIVE DEFENSE

Answering Defendants assert all of the defenses, immunities, and limitations of damages available to them under the Prisoner Litigation Reform Act (PLRA) and aver that Plaintiff's remedies are limited exclusively thereto. 42 U.S.C. § 1997e.

## JURY DEMAND

Answering Defendants demand a jury trial in this action.

**WHEREFORE**, Answering Defendants deny that they are liable to Plaintiff, either jointly or severally, and demand judgment in their favor, together with reasonable attorney's fees and the costs of defending this action.

## CROSSCLAIMS AGAINST CORIZON AND ITS EMPLOYEES

1.      The City Defendants incorporate herein by reference the allegations of Plaintiff's Complaint without adoption thereof but solely for the purposes of these crossclaims.

2.      At all times relevant to this civil action, Corizon provided medical health services to persons incarcerated or detained in the Philadelphia Department of Prisons ("PDP") pursuant to contracts for services with the City of Philadelphia.

3.      At all times relevant to this civil action, all the named individual Corizon Defendants acted within the course and scope of their employment as an employee of Corizon.

4.      Pursuant to the terms of the contracts for services, Corizon is under a duty to

17

hold harmless and indemnify the City of Philadelphia, its officials, agents, servants, and/or employees for any claim arising from the provision of services thereunder by Corizon, its agents, servants, workmen, and/or employees.

5.      If the damages alleged in Plaintiff's Complaint were sustained as a result of any negligence, carelessness or other liability-producing conduct of the City, either as alleged in the Complaint or in any other manner of which Plaintiff is entitled to recovery, which is specifically denied, then the damages of Plaintiff are due solely to the negligence, carelessness, and/or breach of contractual or other duties and obligations and other liability-producing conduct of the Corizon, its agents, servants, workmen, and employees, and said parties are solely liable to Plaintiff for any injuries or damages sustained.

6.      Corizon Defendants are liable to the City by way of contribution, indemnity, and/or apportionment, or otherwise, for the full amount of or a part of the amount of any sums that may be adjudged against the City in this action, any liability of the City to Plaintiff or any other persons or parties being expressly denied.

**WHEREFORE**, the City of Philadelphia and Corrections Officer Slory deny liability to any and all parties and demand judgment in their favor, together with costs. Further, the City Defendants allege that Corizon Defendants may be solely liable to Plaintiff for any damages sustained, or jointly and severally liable. Further, if the City Defendants are found at time of trial to be liable to Plaintiff, the City Defendants allege that Corizon Defendants are jointly and severally liable with the City Defendants and/or may be liable to the City for contribution, indemnification, and/or apportionment.

18

Respectfully submitted,

*/s/ Katelyn Mays*

Katelyn Mays, Esquire
Attorney ID No: 324246
**Ahmad Zaffarese LLC**
One South Broad Street, Suite 1910
Philadelphia, PA 19107
215-496-9343
215-496-9419 (fax)
kmays@azlawllc.com

Dated: June 2, 2026