## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **EILEEN A. MCNAMARA, as Administrator of the ESTATE OF JONATHAN GLEAVES, JR.,** | : : : : | |
| **Plaintiff,** | : : | |
| **v.** | : : | **No. 2:20-cv-04570-RBS** |
| **CITY OF PHILADELPHIA; CORIZON HEALTH; GERALD SLORY; ELIZABETH BRADLEY; LALITHA TRIVIKRAM; MATU GAYE; JOHN DOE(S),** | : : : : : : | |
| **Defendants.** | : : : | |

### ORDER

**AND NOW,** this 3rd day of June, 2026, upon consideration of Plaintiff's Motion for Leave to File an Amended Complaint ("Motion," ECF No. 58), **IT IS ORDERED** that the Motion is **GRANTED**.  The Clerk of Court shall docket the Amended Complaint, attached as Exhibit A to the Motion, effective as of this date.

**BY THE COURT:**

/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**
