**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JONATHAN E. GLEAVES, as** | : | |
| **Administrator of the ESTATE** | : | |
| **OF JONATHAN GLEAVES, JR.**, | : | |
| | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | **No. 20-cv-04570** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.,* | : | |
| | : | |
| *Defendants.* | : | |

**DEFENDANTS THE CITY OF PHILADELPHIA
AND CORRECTIONAL OFFICER GERALD SLORY'S ANSWER WITH
<u>AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT</u>**

Answering Defendants City of Philadelphia and Correctional Officer Gerald Slory (the "City Defendants" and/or the "Answering Defendants"), by and through the undersigned counsel, hereby file this Answer with Affirmative Defenses and aver as follows:

**PRELIMINARY STATEMENT**

1. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

2. The allegations of this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or

information sufficient to form a belief as to the truth of the averments contained in this paragraph.  All allegations are therefore denied.

### JURISDICTION

3.      The allegations of this paragraph constitute conclusions of law regarding the Court's jurisdiction over the subject matter of the case, and, therefore, require no response.

### PARTIES

4.      It is admitted that Jonathan Gleaves, Jr. died on September 21, 2018. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining averments in this paragraph. All allegations are therefore denied.

5.      After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph. All allegations are therefore denied.

6.      It is admitted that the City of Philadelphia is a municipality. The other allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and therefore, require no response. To the extent a response is required, denied.

7.      The allegations of this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, it is admitted that Corizon Health, Inc. was contracted to provide medical services at the Philadelphia Department of Prisons.

8.      Admitted.

9.      The allegations of this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable

2

investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph. All allegations are therefore denied.

10.     The allegations of this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph. All allegations are therefore denied.

11.     The allegations of this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph. All allegations are therefore denied.

12.     The allegations of this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph. All allegations are therefore denied.

13.     The allegations of this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph. All allegations are therefore denied.

14. The allegations of this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph. All allegations are therefore denied.

15. The allegations of this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph. All allegations are therefore denied.

16. The allegations of this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph. All allegations are therefore denied.

17. The allegations of this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph. All allegations are therefore denied.

18. The allegations of this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to

form a belief as to the truth of the averments in this paragraph. All allegations are therefore denied.

19.     The allegations of this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph. All allegations are therefore denied.

20.     The allegations in this paragraph contain conclusions of law or Plaintiff's statement of the case, and therefore, require no response. To the extent a response is required, denied.

21.     The allegations of this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph. All allegations are therefore denied.

22.     The allegations of this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph. All allegations are therefore denied.

**FACTUAL ALLEGATIONS**

23.     Admitted.

24.     Admitted.

25.     After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

26.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

27.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

28.     Admitted.

29.     After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

30.     The allegations of this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph. All allegations are therefore denied.

31.     The allegations of this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable

investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph. All allegations are therefore denied.

32. The allegations of this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph. All allegations are therefore denied.

33. Admitted.

34. Admitted.

35. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

36. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

37. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

38. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

39. The allegations in this paragraph constitute conclusions of law or Plaintiff's

statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

40.    The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

41.    Admitted.

42.    After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

43.    After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

44.    After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

45.    After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

46.    Admitted.

47.    After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

48.    After reasonable investigation, Answering Defendants are without

knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

49. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

50. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

51. Admitted.

52. After reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

53. Admitted.

54. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

55. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

56. Admitted.

57. Admitted.

58. The allegations of this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable

9

investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph. All allegations are therefore denied.

59. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

60. Admitted.

61. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

62. Admitted.

63. Admitted.

64. Admitted.

65. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

66. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

67. The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

68. The allegations in this paragraph constitute conclusions of law or Plaintiff's

statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

69.    The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

70.    The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

71.    The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

72.    The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

73.    It is admitted that this case has been in litigation since 2020 and that the parties completed discovery in February 2023.  It is further admitted that Answering Defendants filed a summary judgment motion.  The remaining allegations of this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph. All allegations are therefore denied.

74.    Admitted.

75.    Admitted.

76.  Admitted.

77.  The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

78.  The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

79.  The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

80.  The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

81.  The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable

investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

82.     The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

83.     The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

84.     The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

85.     The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

86.     The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

87.     The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

88.     The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

89.     The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

90.     The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to

form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

91. The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

92. The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

93. The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

94. The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

95. The allegations in this paragraph are not directed to Answering Defendants,

and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

96.     The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

97.     The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

98.     The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

99.     The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations

are therefore denied.

100.    The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

101.    The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

102.    The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

103.    The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

104.    The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable

investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

105.    The allegations in this paragraph are not directed to Answering Defendants, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph. All allegations are therefore denied.

## WRONGFUL DEATH AND SURVIVAL ACTIONS

106.    The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, denied.

107.    The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, after reasonable investigation, Answering Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in this paragraph. All allegations are therefore denied.

108.    Admitted.

109.    The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

110.    The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is

required, denied.

111.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

112.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

113.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

114.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

## CLAIMS FOR RELIEF

### COUNT I
**Plaintiff v. Defendants Slory, Bradley, Trivikram, Gaye, and Doe(s)**
**Federal Constitutional Claims**

115.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is required, denied.

### COUNT II
**Plaintiff v. Defendants City of Philadelphia and Corizon Health**
**Federal Constitutional Claims**

116.     The allegations in this paragraph constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent that a response is

required, denied.

## COUNT III
### Plaintiff v. Defendants Bradley, Trivikram, Gaye, Doe(s), Tehum, Lefkowitz, Tirschwell, Ladele, Rice, King, Finger, and Sholey
### State Law Negligence Claims

117.     The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, denied.

118.     The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, denied.

119.     The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, denied.

120.     The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, denied.

121.     The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, denied.

## COUNT IV
### Plaintiff v. Defendants Lefkowitz, Tirschwell, Ladele, Rice, King, Finger, and Sholey
### Fraud

122.     The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, denied.

20

123.    The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, denied.

124.    The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, denied.

125.    The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, denied.

126.    The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, denied.

**COUNT V**
**Plaintiff v. Defendants Lefkowitz, Tirschwell, Ladele, Rice, King, Finger, and Sholey**
**Piercing the Corporate Veil and Alter Ego Liability**

127.    The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, denied.

128.    The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, denied.

129.    The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, denied.

130.    The allegations of this paragraph are not directed to Answering Defendants, and/or constitute conclusions of law or Plaintiff's statement of the case, and, therefore, require no response. To the extent a response is required, denied.

**WHEREFORE**, Answering Defendants deny that they are liable to Plaintiff, either jointly or severally, and demand judgment in their favor, together with reasonable attorney's fees and the costs of defending this action.

<u>**JURY DEMAND AND AFFIRMATIVE DEFENSES**</u>

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim against the Answering Defendants upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Answering Defendants assert all of the defenses, immunities, and limitations of damages available to them under the "Political Subdivision Tort Claims Act" and aver that Plaintiff's remedies are limited exclusively thereto. Act of Oct. 5, 1980, No. 142, P.L. 693, 42 Pa. C.S.A. § 8541 et seq.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of qualified immunity because, at all times material hereto, the Answering Defendants were carrying out their duties in a proper and lawful manner and in the exercise of good faith.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent that she has failed to take reasonable measures to mitigate any or all damages.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, insofar as Answering Defendants purported actions or omissions were not the proximate cause of any alleged injury, loss, or damage incurred by the Plaintiff.

## SIXTH AFFIRMATIVE DEFENSE

At all times material to this civil action, Answering Defendants acted in a reasonable, proper, and lawful manner.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations.

## EIGHTH AFFIRMATIVE DEFENSE

To the extent Plaintiff is bringing state law claims, law enforcement privilege shields the Answering Defendants from liability on Plaintiff's state law claims. *See* 18 Pa. Cons. Stat. § 508(a)(1).

## NINTH AFFIRMATIVE DEFENSE

Answering Defendants assert all of the defenses, immunities, and limitations of damages available to them under the Prisoner Litigation Reform Act (PLRA) and aver that Plaintiff's remedies are limited exclusively thereto. 42 U.S.C. § 1997e.

## JURY DEMAND

Answering Defendants demand a jury trial in this action.

**WHEREFORE**, Answering Defendants deny that they are liable to Plaintiff, either jointly or severally, and demand judgment in their favor, together with reasonable attorney's fees and the costs of defending this action.

**CROSSCLAIMS AGAINST TEHUM CARE SERVICES, INC. (FORMERLY KNOWN AS CORIZON HEALTH) AND ITS EMPLOYEES, DIRECTORS, AND OFFICERS[1]**

1.      The City of Philadelphia and Correctional Officer Slory (collectively, the "City Defendants") incorporate herein by reference the allegations of Plaintiff's Amended Complaint without adoption thereof but solely for the purposes of these crossclaims.

2.      At all times relevant to this civil action, Corizon provided medical health services to persons incarcerated or detained in the Philadelphia Department of Prisons ("PDP") pursuant to contracts for services with the City of Philadelphia.

3.      At all times relevant to this civil action, all the named individual Corizon (now known as Tehum Care Services, Inc.) Defendants acted within the course and scope of their duties or employment with Corizon.

4.      Pursuant to the terms of the contracts for services, Corizon (now known as Tehum Care Services, Inc.) is under a duty to hold harmless and indemnify the City of Philadelphia, its officials, agents, servants, and/or employees for any claim arising from the provision of services thereunder by Corizon, its agents, servants, workmen, and/or employees.

5.      If the damages alleged in Plaintiff's Amended Complaint were sustained as a result of any negligence, carelessness or other liability-producing conduct of the City, either as alleged in the Amended Complaint, or in any other manner of which Plaintiff is entitled to recovery, which is specifically denied, then the damages of Plaintiff are due solely to the negligence, carelessness, and/or breach of contractual or other duties and obligations and

---

[1]      These Defendants include Tehum Care Services, Inc., Elizabeth Bradley, Lalitha Trivikram, Matu Gaye, Yitzchak Lefkowitz (a/k/ka Isaac Lefkowitz); Sara Ann Tirschwell, Ayodeji Olawale Ladele, Beverly Michelle Rice, Jeffrey Scott King, Jennifer Lynne Finger, and Frank Jeffrey Sholey.

other liability-producing conduct of the Corizon (now known as Tehum Care Services, Inc.), its agents, servants, workmen, and employees, and said parties are solely liable to Plaintiff for any injuries or damages sustained.

6. Corizon (now known as Tehum Care Services, Inc.) Defendants are liable to the City by way or contribution, indemnity, and/or apportionment, or otherwise, for the full amount of or a part of the amount of any sums that may be adjudged against the City in this action, any liability of the City to Plaintiff or any other persons or parties being expressly denied.

**WHEREFORE**, the City of Philadelphia and Correctional Officer Slory deny liability to any and all parties and demand judgment in their favor, together with costs. Further, the City Defendants allege that Corizon (now known as Tehum Care Services, Inc.) Defendants may be solely liable to Plaintiff for any damages sustained, or jointly and severally liable. Further, if the City Defendants are found at time of trial to be liable to Plaintiff, the City Defendants allege that Corizon (now known as Tehum Care Services, Inc.) Defendants are jointly and severally liable with the City Defendants and/or may be liable to the City for contribution, indemnification, and/or apportionment.

25

Respectfully submitted,

*/s/ Katelyn Mays*

Katelyn Mays, Esquire
Attorney ID No: 324246
**Ahmad Zaffarese LLC**
One South Broad Street, Suite 1910
Philadelphia, PA 19107
215-496-9343
215-496-9419 (fax)
kmays@azlawllc.com

Dated: June 18, 2026

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN E. GLEAVES, as** | : | |
| **Administrator of the ESTATE** | : | |
| **OF JONATHAN GLEAVES, JR.,** | : | |
| | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | **No. 20-cv-04570** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.,* | : | |
| | : | |
| *Defendants.* | : | |

## CERTIFICATE OF SERVICE

I certify that, on this day, a true and correct copy of the above pleading was electronically filed with the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. Copies of these documents are available for viewing and downloading on the Court's ECF filing system.

Respectfully submitted,

*/s/ Katelyn Mays*
Katelyn Mays, Esquire
Attorney ID No: 324246
**Ahmad Zaffarese LLC**
One South Broad Street, Suite 1910
Philadelphia, PA 19107
215-496-9343
215-496-9419 (fax)
kmays@azlawllc.com

Dated: June 18, 2026