## Affidavit of Service of Process

Jonathan H. Feinberg, Esquire
Kairys, Rudovsky, Messing, Feinberg & Lin, LLP
718 Arch Street, Suite 501 South
Philadelphia, PA 19106

**Jonathan E. Gleaves, as Administrator of the Estate of Jonathan Gleaves, Jr.**

v.

**United States District Court for the
Eastern District of Pennsylvania
Case: 2:20-cv-04570-RBS**

**City of Philadelphia, et al.**

1. I, Kaela Brace, state that I am a staff investigator employed by Confidential Investigative Services, Inc. Confidential Investigative Services is a Detective Agency licensed by the Commonwealth of Pennsylvania and located at 235 South 13th Street, Philadelphia, PA 19107.

2. On June 22, 2026 at 3:20 p.m., Dr. Ayodeji Olawale Ladele was personally served the summons and amended complaint at his place of employment located at 250 Century Blvd., Suite 250, Mount Laurel, NJ.

3. Dr. Ladele is black and appears to be in his late forties to early 50s. He is approximately 6" tall with a medium build. Dr. Ladele has short, black hair and facial hair and was wearing glasses at the time of service.

I, Kaela Brace, state that the foregoing statements made by me are true and correct. I am aware I may be punished if any of the above statements are found to be untrue.

Kaela Brace

Sworn to and subscribed before
me this ___30th___ day of June, 2026

Notary Public

Commonwealth of Pennsylvania - Notary Seal
Erica Robertson, Notary Public
Philadelphia County
My Commission Expires December 15, 2026
Commission Number 1259604